```
nMon Nov 13 07:57:55 2006

    UNITED STATES DISTRICT COURT

    DENVER         , CO

Receipt No.   100 272372
Cashier         carol

C.C. Number: SEE CRED CARD      11/06

DD Code    Div No
 4613       1

Sub Acct Type Tender    Amount
1:510000  N     4       190.00
2:086900  N     4        60.00
3:086400  N     4       100.00

Total Amount     $     350.00

FROM WYNKOOP & THOMAS


FILING FEE 06-CV-02260, BUIE V. EXPERIAN
 INFO SOLUTIONS, CAH
```