# AFFIDAVIT OF SERVICE

STATE OF COLORADO
COUNTY OF DENVER

I, Richard Druml, declare under oath, that I am over the age of eighteen years, not a party to this action and have duly served the following:

Summons + Complaint

On (person or entity) Equitax Information Services LLC

By (manner of service) RA Corporation Service Co, Process Clerk Pam Trujilo

At (specific location) 1560 Broadway

In the City(Town) of Denver   County of Denver

State of Colorado, this 16th day of November 2006 at (time) 7:30 am/pm

_Richard Druml_   11-16-06
Affiant   Date

Subscribed and sworn to before me this 16th day of November 2006

Timothy B. Dvlin
Notary Public

My commission Expires July 13, 2007

## SUMMONS IN A CIVIL ACTION

### United States District Court
### for the District of Colorado

Civil Action Number:

**06 - CV - 02260-WYD-MJW**

Jamie Buie

PLAINTIFF(S),

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation,
**EQUIFAX INFORMATION SERVICES LLC**, a foreign corporation, and
**TRANS UNION, LLC**, a foreign corporation,

DEFENDANT(S).

**SUMMONS**

To the above named Defendant(s): **EQUIFAX INFORMATION SERVICES LLC.**, c/o Registered Agent Corporation Service Company, 1560 Broadway, Denver, CO 80202

You are hereby summoned and required to serve upon
Wynkoop & Thomas P.C.
plaintiff's attorney, whose address is: 4410 Yates Street, Denver, CO 80212

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within __20__ days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____

Deputy Clerk

(Seal of the Court)

Date: 11/13/06

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.