**SUMMONS IN A CIVIL ACTION**

**United States District Court
for the District of Colorado**

Civil Action Number:

**Jamie Buie**

PLAINTIFF(S),

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation,
**EQUIFAX INFORMATION SERVICES LLC**, a foreign corporation, and
**TRANS UNION, LLC,** a foreign corporation,

DEFENDANT(S).

**SUMMONS**

To the above named Defendant(s):   **EXPERIAN INFORMATION SOLUTIONS, INC.**, c/o Registered Agent The Corporation Company, 1675 Broadway, # 1200, Denver, CO 80202

You are hereby summoned and required to serve upon
Wynkoop & Thomas P.C.
plaintiff's attorney, whose address is: 4410 Yates Street, Denver, CO 80212

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within _____ days of service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____

Deputy Clerk

(Seal of the Court)

Date:

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

## RETURN OF SERVICE

| NAME OF SERVER: | TITLE: |
|---|---|

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant. Place where left:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left:

☐ Returned unexecuted::

☐ Other (specify):

### STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: _____    _____
Date                                                Signature of Server

_____
Address of Server