UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JAMIE D. BUIE : | |
| : | |
| Plaintiff, : | Civil Action No. 06-CV-02260 |
| : | WYD-MJW |
| v. : | |
| : | |
| EXPERIAN INFORMATION SOLUTIONS: | |
| INC., EQUIFAX INFORMATION : | |
| SERVICES LLC, and TRANSUNION LLC,: | |
| : | |
| Defendants. : | |
| _____ : | |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant Equifax Information Services LLC and submits the following corporate disclosure statement identifying parent corporations and publicly held companies owning ten percent of Equifax's stock:

Equifax Information Services LLC, is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

Respectfully submitted this 4th of December, 2006.

          EQUIFAX INFORMATION SERVICES LLC

          By: /s/ Lewis P. Perling
             One of its Attorneys
             Lewis P. Perling
             KILPATRICK STOCKTON LLP
             1100 Peachtree Street, Suite 2800
             Atlanta, Georgia  30309
             Tel:  (404) 815-6500
             Fax: (404) 541-3308

**CERTIFICATE OF SERVICE**

This is to certify that I have this day, a true and accurate copy of DEFENDANT EQUIFAX'S CORPORATE DISCLOSURE STATEMENT was e-served and/or served by United States mail, with sufficient postage thereon to insure delivery, and addressed as follows:

Richard Wynkoop, Esq.
Wynkoop & Thomas, P.C.
4410 Yates Street
Denver, CO 80212

This 4th day of December, 2006.

/s/ Lewis P. Perling