UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

_____

JAMIE D. BUIE                                       :
                                                    :
              Plaintiff,                            : Civil Action No. 06-CV-02260
                                                    :           WYD-MJW
v.                                                  :
                                                    :
EXPERIAN INFORMATION SOLUTIONS:
INC., EQUIFAX INFORMATION            :
SERVICES LLC, and TRANSUNION LLC,:
                                                    :
              Defendants.                           :
_____ :

**ENTRY OF APPEARANCE BY LEWIS P. PERLING**

PLEASE TAKE NOTICE THAT Lewis P. Perling, of the firm of Kilpatrick

Stockton LLP, hereby enters his appearance as counsel of record on behalf of Defendant

Equifax Information Services LLC.

Respectfully submitted this 4th day of December, 2006.

EQUIFAX INFORMATION SERVICES
LLC

By: /s/ Lewis P. Perling
        One of its Attorneys
        Lewis P. Perling
        KILPATRICK STOCKTON LLP
        1100 Peachtree Street, Suite 2800
        Atlanta, Georgia  30309
        Tel:  (404) 815-6435
        Fax: (404) 541-3308

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day, a true and accurate copy of NOTICE OF

APPEARANCE was e-served and/or served by United States mail, with sufficient

postage thereon to insure delivery, and addressed as follows:

Richard Wynkoop, Esq.
Wynkoop & Thomas, P.C.
4410 Yates Street
Denver, CO 80212

This 4th day of December, 2006.


/s/ Lewis P. Perling

2