IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02260-WYD-MJW

JAMIE D. BUIE

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,
EQUIFAX INFORMATION SERVICES, LLC, a foreign corporation, and
TRANS UNION, LLC., a foreign corporation,

    Defendants.

---

## DEFENDANT TRANS UNION LLC'S RULE 7.1(A) DISCLOSURE STATEMENT

---

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trans Union LLC hereby files its Disclosure Statement in support thereof would respectfully show the Court as follows:

1.    Parent Companies:    Trans Union LLC is wholly owned by TransUnion Corp., a Delaware Corporation.

2.    No public company owns 10 percent or more of the stock in Trans Union LLC.

                Respectfully submitted,

                s/ *M. Kasey Ratliff*
                BENTON J. BARTON
                CSN: 30760
                bartonb@hallevans.com
                HALL & EVANS, LLC
                1200 Seventeenth Street, Ste 1700
                Denver, CO 80202-5800
                (303).628.3300
                (303).628.3368 (Fax)

1948930.1/SP/83057/0487/120506

and

PAUL L. MYERS
M. KASEY RATLIFF
kasey.ratliff@strasburger.com
STRASBURGER & PRICE, LLP
2801 Network Boulevard, Suite 600
Frisco, Texas 75034
(469) 287-3900
(469) 287-3999

*Attorneys for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on 5th of December, 2006, I electronically filed Defendant Trans Union LLC'S Rule 7.1(a) Disclosure Statement with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Richard Wynkoop | Lewis P. Perling |
| RickWynkoop@Yahoo.com | lperling@kilpatrickstockton.com |
| WYNKOOP & THOMAS, P.C. | Kilpatrick Stockton, LLP-Atlanta |
| 4410 Yates Street | 1100 Peachtree Street, #2800 |
| Denver, CO 80212 | Atlanta, GA 30309 |
| *Attorney for Plaintiff* | *Attorney for Equifax Information Services LLC* |

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None At this time.

s/ *M. Kasey Ratliff*
M. KASEY RATLIFF

2