UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JAMIE D. BUIE : | |
| : | |
| Plaintiff, : | Civil Action No. 06-CV-02260 |
| : | WYD-MJW |
| v. : | |
| : | |
| EXPERIAN INFORMATION SOLUTIONS: | |
| INC., EQUIFAX INFORMATION : | |
| SERVICES LLC, and TRANSUNION LLC,: | |
| : | |
| Defendants. : | |
| _____ : | |

**NOTICE OF CHANGE OF ADDRESS OF LEWIS P. PERLING**

COMES NOW Lewis P. Perling and pursuant to Local Rule 10.1 respectfully

notifies all judges before whom he has cases pending, all affected clerks of clerks of

court, and all counsel and pro se parties, that his new address, effective as of January 1,

2007, will be:

> Lewis P. Perling
> KING & SPALDING LLP
> 1180 Peachtree Street
> Atlanta, Georgia 30309-3521
> Tel.: (404) 572-3079
> Facsimile: (404) 572-5172
> Email: LPerling@KSLaw.com

US1900 9167220.1

This 21st day of December, 2006.

    Respectfully submitted,

    EQUIFAX INFORMATION SERVICES LLC

    By:/s/ Lewis P. Perling
    One of Its Attorneys
    Lewis P. Perling, Admitted *Pro Hac Vice*
    KILPATRICK STOCKTON LLP
    1100 Peachtree Street, Suite 2800
    Atlanta, Georgia  30309-4530
    Tel: (404) 815-6500
    Fax: (404) 541-3336

**CERTIFICATE OF SERVICE**

This is to certify that I have this day, a true and accurate copy of NOTICE OF CHANGE OF ADDRESS was e-served and/or served by United States mail, with sufficient postage thereon to insure delivery, and addressed as follows:

Richard Wynkoop, Esq.
Wynkoop & Thomas, P.C.
4410 Yates Street
Denver, CO 80212

This 21st day of December, 2006.

/s/ Lewis P. Perling

US1900 9167220.1