**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-CV-02260-WYD-MJW

JAMIE BUIE,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

_____

**DEFENDANT EXPERIAN'S F.R.C.P. 7.4 DISCLOSURE STATEMENT**
_____

Defendant Experian Information Solutions, Inc., by and through its attorneys, Campbell, Latiolais & Ruebel, P.C., hereby certifies pursuant to Local Rule 7.4 that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal::

1. Parent Companies: The parent company of Experian is Experian Group Limited.

2. Subsidiaries Not Wholly Owned: The following companies are subsidiaries of Experian that are not wholly owned:

    (a)   First American Real Estate Solutions, LLC

    (b)   First American Real Estate Solutions II, LLC

    (c)   Vehicle Title, LLC

    (d)   Central Source LLC

    (e)   Online Data Exchange LLC

    (f)   New Management Services LLC

    (g)   VantageScore Solutions LLC

3. Publicly Held Companies: Experian Group Limited owns 100 percent of Experian. Experian Group Limited is publicly traded on the London Stock Exchange.

Respectfully submitted this 26th day of December, 2006.

    s/ Colin C. Campbell_____
Colin C. Campbell (CO 12193)
Campbell, Latiolais & Ruebel, P.C.
825 Logan Street
Denver, Colorado 80203
(303) 861-7760
Fax: (303) 861-7767
E-mail: ccc@clr-law.com

Brad A. Sobolewski (OH 0072835)
*Pending Bar Admission to USDC*
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939
Fax: (216) 579-0212
E-mail: basobolewski@jonesday.com

Attorneys for Defendant Experian Information Solutions, Inc.

**CERTIFICATE OF SERVICE**

I, Laura Bielak, certify that on December 26, 2006, I served **DEFENDANT EXPERIAN'S F.R.C.P. 7.4 DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

Richard Wynkoop, Esq.
WYNKOOP & THOMAS, P.C.
4410 Yates Street
Denver, CO 80212
Attorney for Plaintiff

    s/ Laura Bielak_____

2