IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02260-WYD-MJW

JAMIE BUIE,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

_____

**EXPERIAN INFORMATION SOLUTION, INC.'S
RULE 26(a)(1) DISCLOSURES**
_____

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its attorneys, Campbell, Latiolais & Ruebel, P.C., pursuant to Fed.R.Civ. 26(a)(1), makes the following disclosure of witnesses and documents based on the information currently and reasonably available to defendant:

A.   <u>Individuals Likely to Have Discoverable Information Supporting Experian's Defenses</u>

      1.   Jamie Buie
         c/o Richard Wynkoop
         Wynkoop & Thomas, P.C.
         4410 Yates Street
         Denver, CO 80212

         Plaintiff Jamie Buie has knowledge of the allegations and claimed damages set forth in the Complaint.

      2.   Kim Hughes
         Consumer Affairs Specialist
         701 Experian Parkway
         Allen, Texas  75013
         c/o JONES DAY

       North Point
       901 Lakeside Avenue
       Cleveland, Ohio 44114
       (216) 586-3939

       Ms. Hughes has knowledge of Plaintiff's contacts with Experian, Plaintiff's Experian consumer relations file, and Experian's consumer assistance and reinvestigation procedures.

   3. Any credit grantor who Plaintiff alleges denied her credit or otherwise injured Plaintiff purportedly due to information received from Experian. Such credit grantors are believed to have knowledge and information as to Plaintiff's credit applications, credit history, credit reports, and the reasons for denying credit.

   4. Experian reserves the right to add additional witnesses as they become known through the course of discovery and further litigation of this matter.

B.   <u>Documents Experian May Use to Support its Defenses</u>

   1. Experian Consumer File Disclosures for Jamie Buie**.**

   2. Correspondence between Experian and Jamie Buie.

   3. Consumer Dispute Verification forms for accounts included in Jamie Buie's Experian credit file.

   4. Experian reserves the right to add additional documents as they become known through the course of discovery and further litigation of this matter.

C.   <u>Damages</u>

Experian does not allege any damages at this time but reserves the right to do so. Further, Experian denies liability to Plaintiff for any damages.

D.   <u>Insurance</u>

Based on Experian's present insurance and applicable deductibles, no insurance carrier would be liable to satisfy part or all of any likely judgment which may be entered in this action, or to indemnify or reimburse for payments made to satisfy any likely judgment.

2

Respectfully submitted this 3rd  day of January, 2007.

    _s/ Colin C. Campbell_____
Colin C. Campbell (CO 12193)
Campbell, Latiolais & Ruebel, P.C.
825 Logan Street
Denver, Colorado 80203
(303) 861-7760
Fax:  (303) 861-7767
E-mail:  ccc@clr-law.com

Brad A. Sobolewski (OH 0072835)
*Pending Bar Admission to USDC*
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939
Fax:  (216) 579-0212
E-mail:  basobolewski@jonesday.com

Attorneys for Defendant Experian Information Solutions, Inc.

3

## **CERTIFICATE OF SERVICE**

I, Julia Scott, certify that on January 3, 2007, I served **EXPERIAN INFORMATION SOLUTION, INC.'S RULE 26(a)(1) DISCLOSURES** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

Richard Wynkoop, Esq.
RickWynkoop@Yahoo.com
WYNKOOP & THOMAS, P.C.
4410 Yates Street
Denver, CO 80212
Attorney for Plaintiff

Kasey Ratliff, Esq.
kasey.ratliff@strasburger.com
STRASBURGER & PRICE, LLP
2801 Network Blvd., Ste. 600
Frisco, TX 75034

Lewis P. Perling, Esq.
lperling@kilpatrickstockton.com


                                          s/ Julia Scott