**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:06-CV-02260-WYD-MJW

| | |
|---|---|
| JAMIE D. BUIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS INC.; EQUIFAX | ) |
| INFORMATION SERVICES LLC; | ) |
| and TRANSUNION LLC | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF ENTRY OF APPEARANCE**

Christine M. Garrison of the law firm of Snell & Wilmer L.L.P., hereby enters her appearance on behalf of the Defendant Equifax Information Services LLC.

Dated:  January 9, 2007

                                              s/ Christine M. Garrison
                                              Christine M. Garrison, Esq.
                                              SNELL & WILMER L.L.P.
                                              One Tabor Center, Suite 1900
                                              1200 Seventeenth Street
                                              Denver, CO 80202
                                              (303) 634-2000 telephone
                                              (303) 634-2020 facsimile
                                              cgarrison@swlaw.com

                                              *Attorneys for Defendant*
                                              *Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of January, 2007, a true and correct copy of the above and foregoing **Notice of Entry of Appearance** was filed and served on the following via the Federal Court's ECF electronic filing system:

> Richard Wynkoop, Esq.
> Wynkoop & Thomas, P.C.
> 4410 Yates Street
> Denver, CO 80212
>
> Colin C. Campbell
> Campbell, Latiolais & Ruebel, P.C.
> 825 Logan Street
> Denver, CO 20203-3114
>
> Matthew Kasey Ratliff
> Strasburger & Price, LLP
> 2801 Network Boulevard, Suite 600
> Frisco, TX 75034-1844
>
> Lewis P. Perling
> King & Spalding, LLP
> 1180 Peachtree Street
> Atlanta, GA 30309-3521

*/s/ Kathy McLucas*
FOR SNELL & WILMER L.L.P.

128874.1