IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

**Civil Action No. 1:06-cv-02260-WYD-MJW**

JAMIE D. BUIE

      Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,
EQUIFAX INFORMATION SERVICES, LLC, a foreign corporation, and
TRANS UNION, LLC., a foreign corporation,

      Defendants.

## DEFENDANT TRANS UNION LLC'S UNOPPOSED MOTION FOR LEAVE TO ATTEND SCHEDULING CONFERENCE VIA TELEPHONE

Trans Union LLC ("Trans Union") files its Motion for Leave to Attend Scheduling Conference Via Telephone and would state as follows:

1. A scheduling conference is currently scheduled to take place in this matter on Thursday January 25, 2007. Trans Union requests that it be allowed to participate in this matter by telephone.

2. Trans Union believes that scheduling for the case can proceed in a productive fashion with Trans Union appearing by telephone. Trans Union representatives have successfully attended and participated in scheduling conferences by phone in other cases.

3. Counsel for Trans Union's request is based on the fact that Trans Union's counsel set to appear at the scheduling conference is located in Texas and in the interest of conserving costs and minimizing the inconvenience to the parties, Trans Union requests that the court allow its lead counsel to attend the scheduling conference via telephone.

3

5. Counsel for the Plaintiff has indicated that he does not oppose the relief sought in this motion.

Dated: January 19, 2007.

Respectfully submitted,

*s/M. Kasey Ratliff*
BENTON J. BARTON
CSN: 30760
bartonb@hallevans.com
HALL & EVANS, LLC
1125 Seventeenth Street, Suite 600
Denver, CO 80202-2052
(303).628.3300
(303).628.3368 (Fax)

and

PAUL L. MYERS
paul.myers@strasburger.com
Texas Bar #14765100
M. KASEY RATLIFF
kasey.ratliff@strasburger.com
Texas Bar #24041751
STRASBURGER & PRICE, LLP
2801 Network Boulevard, Suite 600
Frisco, Texas 75034
(469) 287-3909
(469) 227-6579 (Fax)

*Attorneys for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

This is to certify that on the 19th day of January, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Richard B. Wynkoop
rickwynkoop@yahoo.com
Wynkoop & Thomas PC
4410 Yates Street
Denver, CO 80212
*Counsel for Plaintiff*

Christine M. Garrison
cgarrison@swlaw.com
Snell & Wilmer, LLP-Denver
1200 Seventeenth Street
Tabor Center #1900
Denver, CO 80202
 *and*
Lewis P. Perling
lperling@kslaw.com
King & Spalding, LLP-Atlanta
1180 Peachtree Street
Atlanta, GA 30309-3521
*Counsel for Equifax*

Colin C. Campbell
ccc@clr-law.com
Campbell, Latiolais & Ruebel, P.C.
825 Logan Street
Denver, CO 20203-3114
 *and*
Brad A. Sobolewski
basobolewski@jonesday.com
Jones Day – North Point
901 Lakeside Avenue
Cleveland, OH  44114
*Attorneys for Experian*

                                        *s/M. Kasey Ratliff*
                                        M. KASEY RATLIFF

3