IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

**Civil Action No. 1:06-cv-02260-WYD-MJW**

JAMIE D. BUIE

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,
EQUIFAX INFORMATION SERVICES, LLC, a foreign corporation, and
TRANS UNION, LLC., a foreign corporation,

    Defendants.

---

**ORDER GRANTING DEFENDANT TRANS UNION LLC'S UNOPPOSED MOTION FOR LEAVE TO ATTEND SCHEDULING CONFERENCE VIA TELEPHONE**

---

Having considered Defendant Trans Union LLC's Unopposed Motion to Attend Settlement Conference Via Telephone filed January 19, 2007, and for good cause shown, the Court finds that said motion should be granted and that counsel for Trans Union, M. Kasey Ratliff, be allowed to participate in the January 25, 2007 settlement conference in this matter by telephone

                            HONORABLE MICHAEL J. WATANABE,
                            UNITED STATES MAGISTRATE JUDGE