IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02260-WYD-MJW

JAMIE BUIE,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,
EQUIFAX INFORMATION SERVICES, LLC, a foreign corporation, and
TRANS UNION, LLC, a foreign corporation,

Defendants.

---

**DEFENDANT EXPERIAN INFORMATION SOLUTION, INC.'S UNOPPOSED
MOTION FOR LEAVE TO ATTEND SCHEDULING CONFERENCE
VIA TELEPHONE**

---

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its attorneys, files its Unopposed Motion for Leave to Attend Scheduling Conference Via Telephone and submits the following in support thereof:

1. A scheduling conference is currently scheduled to take place in this matter on Thursday, January 25, 2007. Experian requests that it be allowed to participate in this matter by telephone.

2. Lead counsel for Experian who will attend the scheduling conference is located in Cleveland, Ohio. In the interest of conserving costs and minimizing the inconvenience of the parties, Experian requests that the court allow its lead counsel to attend the scheduling conference by telephone.

3. Experian believes that the scheduling conference can proceed in a productive fashion with Experian appearing by telephone. Experian representatives have successfully attended several scheduling conferences by telephone in other USDC cases.

4. Counsel for Plaintiff does not oppose the relief requested herein.

Respectfully submitted this 23rd day of January, 2007.

    s/ Colin C. Campbell\_\_
Colin C. Campbell (CO 12193)
Campbell, Latiolais & Ruebel, P.C.
825 Logan Street
Denver, Colorado 80203
(303) 861-7760
Fax: (303) 861-7767
E-mail: ccc@clr-law.com

Brad A. Sobolewski (OH 0072835)
*Pending Bar Admission to USDC*
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939
Fax: (216) 579-0212
E-mail: basobolewski@jonesday.com

Attorneys for Defendant Experian Information Solutions, Inc.

2

**CERTIFICATE OF SERVICE**

  I, Julia Scott, certify that on January 23, 2007, I served **DEFENDANT EXPERIAN INFORMATION SOLUTION, INC.'S UNOPPOSED MOTION FOR LEAVE TO ATTEND SCHEDULING CONFERENCE VIA TELEPHONE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

Richard Wynkoop, Esq.
RickWynkoop@Yahoo.com
WYNKOOP & THOMAS, P.C.
4410 Yates Street
Denver, CO 80212

Christine M. Garrison
cgarrison@swlaw.com
SNELL & WILMER, LLP – DENVER
1200 Seventeenth Street
Tabor Center #1900
Denver, CO 80202
 *and*
Lewis P. Perling
lperling@kslaw.com
KING & SPALDING, LLP – ATLANTA
1180 Peachtree Street
Atlanta, GA 30309-3521

Kasey Ratliff, Esq.
kasey.ratliff@strasburger.com
STRASBURGER & PRICE, LLP
2801 Network Blvd., Ste. 600
Frisco, TX 75034

              s/ Julia Scott