**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-CV-02260-WYD-MJW

JAMIE BUIE,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,
EQUIFAX INFORMATION SERVICES, LLC, a foreign corporation, and
TRANS UNION, LLC, a foreign corporation,

Defendants.

---

**ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTION, INC.'S UNOPPOSED MOTION FOR LEAVE TO ATTEND SCHEDULING CONFERENCE VIA TELEPHONE**

---

Having considered Defendant Experian Information Solution, Inc.'s Unopposed Motion to Attend Scheduling Conference via Telephone and for good cause shown, the Court finds that said Motion should be GRANTED and that counsel for Experian, Brad Sobolewski, be allowed to participate in the January 25, 2007 Scheduling Conference by telephone.

_____
HONORABLE MICHAEL J. WATANABE,
UNITED STATES MAGISTRATE JUDGE