IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02260-WYD-MJW

JAMIE BUIE,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,
EQUIFAX INFORMATION SERVICES, LLC, a foreign corporation, and
TRANS UNION, LLC, a foreign corporation,

Defendants.

---

**ORDER GRANTING DEFENDANT EXPERIAN INFORMATION
SOLUTION, INC.'S UNOPPOSED MOTION FOR LEAVE TO ATTEND
SCHEDULING CONFERENCE VIA TELEPHONE**
( Docket No. 21 )

---

Having considered Defendant Experian Information Solution, Inc.'s Unopposed Motion to Attend Scheduling Conference via Telephone and for good cause shown, the Court finds that said Motion should be GRANTED and that counsel for Experian, Brad Sobolewski, be allowed to participate in the January 25, 2007 Scheduling Conference by telephone. The court's telephone number is (303) 844-2403.

_____
HONORABLE MICHAEL J. WATANABE,
UNITED STATES MAGISTRATE JUDGE