## Cloppert, Latanick, Sauter & Washburn

FREDERICK G. CLOPPERT, JR.
DAVID G. LATANICK
ROBERT W. SAUTER
ROBERT L. WASHBURN
SUSAN HAYEST KOZLOWSKI
WILLIAM J. STEELE
RONALD H. SNYDER
ERIKA PEARSOL-CHRISTIE
SUE A. SALAMIDO
KRISTIN SEIFERT WATSON
TOM SOMOS

ATTORNEYS AT LAW
225 EAST BROAD STREET
COLUMBUS, OHIO 43215

TELEPHONE: (614) 461-4455
FAX: (614) 461-0072 • FAX: (614) 621-6293
E-mail: cloppert@cloppertlaw.com
www.cloppertlaw.com

OF COUNSEL

SHEILA M. SINNO
1001 EASTWIND DRIVE
SUITE 203
WESTERVILLE, OH 43081
PHONE: (614) 818-0038
FAX: (614) 818-3133

MARK C. COLLINS
PHONE: (614) 443-3100

January 5, 2007

Daniel A. Messeloff
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Michael J. Hunter
Hunter, Carnahan, Shoub & Byard
3360 Tremont Road, 2nd Floor
Columbus, OH 43221

Robert S. Moore
114 Neff Drive
Canfield, OH 44406

Re: **Ohio Nurses Association, et al., v. Forum Health, et al.**
**District Court Case No. 4:06-CV-02088, COA No. 06-4658**

Dear Counsel:

Enclosed herewith please find copies of Cross-Appellants' Notice of Appearance, Civil Appeal Statement of Parties, and transcript order form.

Very truly yours,

Kristin Seifert Watson

Enclosures

KSW:dlf
S:\Clients\o\ona.gen\Forum Health\Counsel ltr, 010507.doc

47

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## APPEARANCE OF COUNSEL

**IMPORTANT NOTICE:**

Lead counsel must be designated if a party is represented by more than one attorney or law firm. While the Clerk's office will accept documents from any attorney who has entered an appearance and has been admitted to the Bar, only lead counsel will be on the court's service list. It is the responsibility of lead counsel to advise co-counsel of court deadlines, orders, notice of argument, decisions and any other case related activity.

COA Case No.: **06-4658**    Case Manager: **Nancy J. Barnes**

Client's Name: **Ohio Nurses Association, Youngstown General Duty Nurses Ass.**

☑ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice
☐ Appellee     ☐ Respondent    ☐ Intervenor       Act (Appointed)

I am:
☑ Lead Counsel
☐ Co-Counsel

Name: **Frederick G. Cloppert, Jr.**    Admitted: **June 6, 1980**
(Sixth Circuit admission date only)

Signature: _/s/ F.D. Cloppert_

Firm Name: **Cloppert, Latanick, Sauter & Washburn**

Business Address: **225 East Broad Street**

Suite: ____    City/State/Zip: **Columbus/OH/43215**

Telephone Number: (Area Code) **(614) 461-4455**    Fax: **(614) 461-0072**

E-mail Address: **fcloppert@cloppertlaw.com**

The court is anticipating greater use in the near future of e-mail to send notices to counsel. If you are willing to receive notices by e-mail, please provide your e-mail address.

**Fax this form to the Clerk's office to the appropriate fax number and serve opposing counsel.** Do **not** mail the form, please fax it.

| Case Number Range | 1000-2999 | 513-564-7096 |
| Case Number Range | 3000-4999 | 513-564-7098 |
| Case Number Range | 5000-6999 | 513-564-7094 |

6ca-68
9/06

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
## CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

CA NO: 06-4658

CASE MANAGER: Nancy J. Barnes

CASE NAME: Ohio Nurses Assoc v. Forum Health

Is this case a cross appeal?  ☑Yes  ☐No

Has this case or a related one been before this court previously?  ☐Yes  ☑No

If yes, state:
Case Name: _____  Citation: _____

Was that case mediated through the court's program?  ☐Yes  ☐No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

On November 17, 2006, the United States Court of Appeals for the Northern District of Ohio granted in part and denied in part the Plaintiffs' motion for a preliminary injunction. The Plaintiffs sought a preliminary injunction prohibiting Defendants Forum Health, Trumbull Memorial Hospital and Western Reserve Healthcare from terminating members of the Plaintiff unions as part of a contemplated contract with Diamond Healthcare Corporation whereby Diamond would assume control over the Defendants' Behavioral Health Services. The Plaintiffs also sought, as part of their request for a preliminary injunction, an order by the Court for the Defendants to arbitrate Plaintiffs grievances regarding the Diamond contract pursuant to the parties' collective bargaining agreements. The District Court granted the preliminary injunction in part and ordered the Defendants to arbitrate the grievances with the Plaintiff unions, but denied the preliminary injunction as to barring the Defendants from entering into the contract with Diamond. The District Court found that the balance of hardships prevented it from preventing the Defendants from entering into the contract with Diamond. On December 4, 2006, Defendants filed a Notice of Appeal. On December 15, 2006, the Plaintiffs filed a Notice of Cross Appeal. The issues presented by this Cross Appeal include whether the District Court erred in finding that the potential harm to the Defendants and the public outweighed the potential harm to the Plaintiffs in permitting the Defendants to proceed with their contemplated contract with Diamond and whether the District Court erred in denying the Plaintiffs' motion for preliminary injunction in part.

Please **fax** one copy of this statement to the Mediation Office at 513/564-7349 and one copy to the Clerk's Office appropriate fax number. If faxed, no hard copy will need to be sent to either office.

| Case Number Range | 1000-2999 | 513-564-7096 |
| Case Number Range | 3000-4999 | 513-564-7098 |
| Case Number Range | 5000-6999 | 513-564-7094 |

This is to certify that a copy of this statement was served on opposing counsel of record this 5th day of January, 2007.

Frederick G. Cloppert, Jr.
Name of Counsel for Appellant

6CA-53
Rev. 7/06

**READ INSTRUCTIONS AT THE BOTTOM OF THIS FORM**

## TRANSCRIPT ORDER

| District Court | Northern District of Ohio, Eastern Division | District Court Docket Number | 4:06-CV-02088 |
|---|---|---|---|

Short Case Title: Ohio Nurses Association, et al., v. Forum Health, et al.

Date Notice of Appeal Filed by Clerk of District Court: 12/15/2006        COA# 06-4658

PART I (TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT, THE FORM MUST BE SIGNED WHETHER OR NOT TRANSCRIPT IS ORDER).

A. Complete one of the following:
- [ ] No Hearings
- [ ] Transcript is unnecessary for appeal purposes
- [✓] Transcript is already on the file in District Court Clerk's Office
- [ ] This is to order a transcript of the following proceedings: (specify exact dates of proceedings)

| | JUDGE MAGISTRATE | HEARING DATE(S) | COURT REPORTER |
|---|---|---|---|
| Pre-trial proceedings | | | |
| Testimony (specify witnesses) | | | |
| Other (specify) | | | |

TRANSCRIPT OF THE FOLLOWING PROCEEDINGS WILL BE PROVIDED ONLY IF SPECIALLY AUTHORIZED. SEE ITEM 13 CJA FORM 24
- [ ] Voir Dire
- [ ] Opening statement of plaintiff
- [ ] Opening statement of defendant
- [ ] Jury Instructions
- [ ] Closing argument of plaintiff
- [ ] Closing argument of defendant

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. This method of payment will be:
- [ ] Criminal Justice Art (Attach copy of CJA form 24)
- [ ] Private Funds

Date

Signature: _Frederick Cloppert_   Print Name: Frederick G. Cloppert, Jr.   Counsel for: Cross-Appellants ONA and YGDNA

Address: Cloppert, Latanick, Sauter & Washburn, 225 East Broad Street, Columbus, Ohio 43215    Telephone: (614) 461-4455

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

---

PART II. COURT REPORTER ACKNOWLEDGMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 10 days after receipt).

| Date transcript order received | Estimated completion date; if not within 45 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

Arrangements for payment were made on
Arrangements for payment have not been made pursuant to FRAP (10(b)

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

PART III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by Court Reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date)

This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages                    Actual Number of Volumes

Date                            Signature of Court Reporter

6CA-30