## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

**Jamie Buie,**

       **Plaintiff,**

   **v.**

**Experian Information Solutions, et al.,**

       **Defendants.**

**Civil Action No. 06-CV-02260-WYD-MJW**

### ENTRY OF APPEARANCE

Pursuant to the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, Rule 11.1, Brad Sobolewski of JONES DAY, enters his appearance on behalf of Defendant Experian Information Solutions, Inc.

CLI-1478092v1

Dated:January 24, 2007

Respectfully submitted,

By: s/ Brad A. Sobolewski

    Brad A. Sobolewski (OH 0072835)
    (admitted to this Court on January 3, 2007)
    JONES DAY
    North Point
    901 Lakeside Avenue
    Cleveland, Ohio 44114
    Telephone: (216) 586-3939
    Facsimile: (216) 579-0212
    basobolewski@jonesday.com

    Colin Campbell (CO12193)
    Campbell, Latiolais & Ruebel, P.C.
    825 Logan Street
    Denver, Colorado 80203
    Telephone: (303) 861-7760
    Facsimile: (303) 861-7767
    ccc@clr-law.com

    Counsel for Defendant
    EXPERIAN INFORMATION SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

A copy of the foregoing Entry of Appearance was filed electronically on January 24, 2007. Notice of such filing will be made electronically by way of the Court's electronic notification system and parties may access the filing through the Court's system.

s/ Brad A. Sobolewski
Attorney for Experian Information Solutions, Inc.

CLI-1478092v1