**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  06-cv-02260-WYD-MJW            FTR

**Date:**   January 24, 2007                         Shelley Moore, Deputy Clerk

JAMIE D. BUIE,                                        Richard B. Wynkoop

                Plaintiff(s),

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et      Brad A. Sobolewski (by telephone)
al.,                                           Christine M. Garrison
                                               M. Kasey Ratliff (by telephone)

                Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**SCHEDULING CONFERENCE**

**Court in Session 9:33 a.m.**
[X]     Scheduling Order entered as amended.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE
SCHEDULING CONFERENCE HELD THIS DATE.
DEADLINES:
Joinder of Parties/Amendment to Pleadings: March 1, 2007
Fact Discovery: July 31, 2007
Dispositive Motions Deadline: August 31, 2007
Plaintiff's Disclosure of Experts: June 1, 2007
Defendant's Disclosure of Experts: June 1, 2007
Defendant's Rebuttal of Plaintiff's Experts: June 29, 2007
Plaintiff's Rebuttal of Defendant's Experts: June 29, 2007
Interrogatories: June 27, 2007
Requests for Production of documents: June 27, 2007
Requests for Admissions: June 27, 2007

**SETTLEMENT CONFERENCE** set for: **May 7, 2007, at 10:00 a.m.**
Confidential settlement statements are due to Magistrate Judge Watanabe (and not to the trial judge)
via e-mail, as a PDF attachment, at Watanabe_Chambers@cod.uscourts.gov, by **May 2, 2007**. <u>In the
subject line of the e-mail, counsel shall list the case number, short caption, and "confidential
settlement statement."</u>
      All attorneys, parties and/or representatives with full settlement authority shall be present at
the settlement conference in courtroom A-502.  Valid photo identification is required to enter
the courthouse.

**FINAL PRETRIAL CONFERENCE** set for: **October 29, 2007, at 8:30 a.m.**, in courtroom A-502. Valid photo identification is required to enter the courthouse. The proposed final pretrial order shall be filed, and then sent as a Word or WordPerfect attachment to Watanabe_Chambers@cod.uscourts.gov, by **October 24, 2007**. <u>In the subject line of the e-mail, counsel shall list the case number, short caption, and "proposed final pretrial order."</u> (See [www.cod.uscourts.gov](http://www.cod.uscourts.gov) for more information.)

TRIAL:
Trial Preparation Conference set for:
Trial to  [  ] Court   [X] Jury   for 5 days is set for

OTHER ORDERS:
Each party shall be limited to 1 expert witness.
Each side shall be limited to 15 fact depositions, plus experts.

**ORDERED:**   Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.

**Court in Recess 10:02 a.m.**
Total In-Court Time 0:29, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.