## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02260-WYD-MJW

JAMIE BUIE

      Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,
EQUIFAX INFORMATION SERVICES LLC, a foreign corporation, and
TRANS UNION, LLC, a foreign corporation,

      Defendants

---

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT, EXPERIAN INFORMATION SOLUTION'S FIRST SET OF DISCOVERY REQUESTS

Plaintiff, Jamie Buie ("Plaintiff"), by and through her attorneys of record, hereby submits the following Motion for Extension of Time to Respond to Defendant Experian Information Solution's first set of discovery requests.  As grounds for such an extension, the Plaintiff states as follows:

1.     This case was filed on November 13, 2006.  A trial in this matter is not been set.

2.     Experian Information Solutions submitted its First Set of Interrogatories, First Request for Production of Documents and First Requests for Admissions to the Plaintiff on March 5, 2007.  The current deadline for Ms. Buie's response to Experian's first set of discovery requests and requests for admissions is April 4, 2007.

3.      Ms. Buie recently experienced a death in the family and is still out of town

attending to the funeral and other family matters.  She is expected back in Denver

on Monday, April 9, 2007.

4.      The Plaintiff is requesting an extension of two weeks (14 days) to submit her

responses to Experian Information Solutions.

5.      Both counsel for the Defendant, Experian Information Solutions, were contacted

on April 3, 2007 with regard to this motion, pursuant to D.C.Colo.L.Civ.R. 7.1A.

Mr. Soboleski is out of the office until April 16, 2007 and Mr. Campbell has not

responded regarding the requested extension.

6.       No party will be prejudiced by the brief extension of time requested.  This case is

still in the early stages of discovery.

7.      Accordingly, Plaintiff, Jamie Buie respectfully submits that good cause exists for

a brief extension of time in which to submit her responses to Experian

Information Solution's discovery requests.

WHEREFORE, Plaintiff Jamie Buie respectfully submits this Motion for Extension of

Time to Respond to Defendant, Experian Information Solution's First Set of Interrogatories, First

Request for Production of Documents and First Requests for Admissions

RESPECTFULLY submitted this 4th day of April, 2007.


_____          *s/Susan G. Thomas*
                                         Susan G. Thomas #30443
                                         WYNKOOP & THOMAS, PC
                                         4410 Yates St.
                                         Denver, CO 80212
                                         Phone: 720-855-0451
                                         Fax: 720-855-0469
                                         E-Mail: RickWynkoop@Yahoo.com

<u>**CERTIFICATE OF SERVICE**</u>

I, Susan G. Thomas, Wynkoop & Thomas, PC, hereby certify that on this 4th  day of  2007

a true and correct copy of the **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO**

**RESPOND TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS'S FIRST SET**

**OF DISCOVERY REQUESTS** was filed and served on the following via the Federal Court's

ECF electronic filing system:

| | |
|---|---|
| Paul L. Myers<br>M. Kesey Ratliff<br>Strasburger & Price, LLP<br>2801 Network Boulevard, Ste. 600<br>Frisco, TX 75034<br>*Counsel for Defendant TransUnion, LLC* | Benton J Barton<br>HALL & EVANS, L.L.C.<br>1125 Seventeenth Street, Suite 600<br>Denver, CO 80202<br>*Local Counsel for Defendant TransUnion,*<br>*LLC* |
| Brad A. Sobolewski<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>*Counsel for Defendant Experian* | Colin C. Campbell<br>Campbell, Latiolais & Ruebel, P.C.<br>825 Logan Street<br>Denver, CO 80203<br><br>*Local Counsel for Defendant Experian* |
| Lewis P. Perling<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>*Counsel for Defendant Equifax* | Christine M. Garrison<br>Snell & Willmer, LLP<br>One Tabor Center, Suite 1900<br>1200 Seventeenth Street<br>Denver, CO 80202<br>*Local Counsel for Defendant Equifax* |

<u>*s/Susan Thomas*</u>