# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02260-WYD-MJW

JAMIE BUIE

    Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,
EQUIFAX INFORMATION SERVICES LLC, a foreign corporation, and
TRANS UNION, LLC, a foreign corporation,

    Defendants

---

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT, TRANS UNION LLC'S FIRST SET OF DISCOVERY REQUESTS**

---

Plaintiff, Jamie Buie ("Plaintiff"), by and through her attorneys of record, hereby submits the following Motion for Extension of Time to Respond to Defendant Trans Union, LLC's ("Trans Union") first set of discovery requests. As grounds for such an extension, the Plaintiff states as follows:

1. This case was filed on November 13, 2006. A trial in this matter is not been set.

2. Trans Union submitted its First Set of Interrogatories and First Request for Production of Documents on January 25, 2007.

3. The Plaintiff's objected to the number of document requests and counsel for Trans Union agreed to withdraw the initial request for production and serve a revised set of requests which complied with the limitations set in the scheduling order. The Plaintiff's have not received a revised set of requests for production of documents.

4. A response to TransUnion's First Set of Interrogatories was due on March 20, 2007. The Plaintiff's requested an extension of one week at that time.

5. Ms. Buie experienced a death in the family and has been unable to respond to Trans Union's interrogatories as she is still out of town attending to the funeral and other family matters. She is expected back in Denver on Monday, April 9, 2007.

6. This motion is being filed at the request of TransUnion's counsel in an effort to establish a date certain for the Plaintiff's response to their interrogatories and request for production of documents. The requirements of D.C.Colo.L.Civ.R. 7.1A have been met.

7. The Plaintiff is requesting an extension of eight calendar days (8) to submit her responses to Trans Union's requests.

8. No party will be prejudiced by the brief extension of time requested. This case is still in the early stages of discovery.

9. Accordingly, Plaintiff, Jamie Buie respectfully submits that good cause exists for a brief extension of time in which to submit her responses to Trans Union's discovery requests.

WHEREFORE, Plaintiff Jamie Buie respectfully submits this Motion for Extension of Time to Respond to Defendant, Trans Union's First Set of Interrogatories and First Request for Production of Documents.

RESPECTFULLY submitted this 5th day of April, 2007.

> s/Susan G. Thomas
> Susan G. Thomas #30443
> WYNKOOP & THOMAS, PC
> 4410 Yates St.
> Denver, CO 80212
> Phone: 720-855-0451
> Fax: 720-855-0469
> E-Mail: RickWynkoop@Yahoo.com

**CERTIFICATE OF SERVICE**

I, Susan G. Thomas, Wynkoop & Thomas, PC, hereby certify that on this 5th day of 2007 a true and correct copy of the **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT, TRANS UNION LLC'S FIRST SET OF DISCOVERY REQUESTS** was filed and served on the following via the Federal Court's ECF electronic filing system:

| | |
|---|---|
| Paul L. Myers<br>M. Kesey Ratliff<br>Strasburger & Price, LLP<br>2801 Network Boulevard, Ste. 600<br>Frisco, TX 75034<br>*Counsel for Defendant TransUnion, LLC* | Benton J Barton<br>HALL & EVANS, L.L.C.<br>1125 Seventeenth Street, Suite 600<br>Denver, CO 80202<br>*Local Counsel for Defendant TransUnion, LLC* |
| Brad A. Sobolewski<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>*Counsel for Defendant Experian* | Colin C. Campbell<br>Campbell, Latiolais & Ruebel, P.C.<br>825 Logan Street<br>Denver, CO 80203<br><br>*Local Counsel for Defendant Experian* |
| Lewis P. Perling<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>*Counsel for Defendant Equifax* | Christine M. Garrison<br>Snell & Willmer, LLP<br>One Tabor Center, Suite 1900<br>1200 Seventeenth Street<br>Denver, CO 80202<br>*Local Counsel for Defendant Equifax* |

> *s/Susan Thomas*