# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02260-WYD-MJW

JAMIE BUIE

    Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,
EQUIFAX INFORMATION SERVICES LLC, a foreign corporation, and
TRANS UNION, LLC, a foreign corporation,

    Defendants

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT, TRANS UNION, INC'S FIRST SET OF DISCOVERY REQUESTS

    This matter is before the Court pursuant to the Plaintiff's Motion for Extension of Time and Statement of Compliance with D.C. Colo.L.Civ.R 7.1A.  The Court APPROVES the proposed order.

    HAVING READ the Motion and being fully advised of its premises.

    IT IS HEREBY ORDERED that the Plaintiff has an additional eight (8) calendar days to respond to Defendant, Trans Union's First Set of Interrogatoriesand First Request for Production of Documents.

    DATED this ____ day  of April, 2007.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE