IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02260-WYD-MJW

JAMIE D. BUIE,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion for Extension of Time to Respond to Defendant, Trans Union LLC's First Set of Discovery Requests (Docket No. 32) is granted, and plaintiff shall thus have up to and including April 13, 2007, to respond to Defendant Trans Union LLC's First Set of Interrogatories and First Request for Production of Documents.

Date: April 6, 2007