UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Jamie Buie,

    Plaintiff,

v.

Experian Information Solutions, et al.,

    Defendants.

Civil Action No. 06-CV-02260-WYD-MJW

## EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION SEEKING LEAVE FOR ITS CORPORATE REPRESENTATIVE TO APPEAR AT THE MAY 7, 2007 SETTLEMENT CONFERENCE BY TELEPHONE

Experian Information Solutions, Inc. ("Experian") respectfully requests that its corporate representative be permitted to attend the May 7, 2007 Settlement Conference by telephone.

Personal attendance would require an Experian representative to fly to Denver from either Costa Mesa, California or Dallas, Texas. In order to avoid this burden and cost, Experian proposes that its representative participate telephonically instead. Such a representative will have full settlement authority. In addition, Experian's counsel will personally attend the Settlement Conference.

Counsel for plaintiff has represented to Counsel for Experian that Plaintiff will not oppose this motion.

Experian therefore respectfully requests that this motion be granted and its corporate representative be allowed to participate at the settlement conference by telephone.

CLI-1509755v1

Dated: April 19, 2007

Respectfully submitted,

/s/ Brad A. Sobolewski
Colin Campbell (CO 12193)
Campbell, Latiolais & Ruebel, P.C.
825 Logan Street
Denver, Colorado 80203
Telephone: (303) 861-7760
Facsimile: (303) 861-7767
ccc@clr-law.com

Brad A. Sobolewski (OH 0072835)
(admitted to the District of Colorado on January 8, 2007)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
basobolewski@jonesday.com

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

CLI-1509755v1

CERTIFICATE OF SERVICE

The foregoing Motion was filed electronically with the Court on April 19, 2007.

Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

/s/Brad A. Sobolewski
Attorney For Defendant(s)

CLI-1509755v1