UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| Jamie Buie,<br><br>    Plaintiff,<br><br>v.<br><br>Experian Information Solutions, et al.,<br><br>    Defendants. | Civil Action No. 06-CV-02260-WYD-MJW |

### ORDER GRANTING EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION SEEKING LEAVE FOR ITS CORPORATE REPRESENTATIVE TO APPEAR AT THE MAY 7, 2007 SETTLEMENT CONFERENCE BY TELEPHONE

The Court hereby orders that Experian Information Solutions, Inc.'s ("Experian's") corporate representative may attend the May 7, 2007 Settlement Conference by telephone. Personal attendance is excused.

_____
Judge Michael J. Watanabe

CLI-1510055v1