UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Jamie Buie,

        Plaintiff,

v.

        Civil Action No. 06-CV-02260-WYD-MJW

Experian Information Solutions, et al.,

        Defendants.

## ORDER GRANTING EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION SEEKING LEAVE FOR ITS CORPORATE REPRESENTATIVE TO APPEAR AT THE MAY 7, 2007 SETTLEMENT CONFERENCE BY TELEPHONE (Docket p. 35)

The Court hereby orders that Experian Information Solutions, Inc.'s ("Experian's") corporate representative may attend the May 7, 2007 Settlement Conference by telephone. Personal attendance is excused. The Court's Telephone number is 303-844-2403

_____  4-20-07
Judge Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

CLI-1510055v1