**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-02260-WYD-MJW

JAMIE BUIE

      Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,
EQUIFAX INFORMATION SERVICES LLC, a foreign corporation, and
TRANS UNION, LLC, a foreign corporation,

      Defendants

---

**MOTION TO WITHDRAW**

---

      Wynkoop & Thomas, P.C., the attorneys of record for the Plaintiff, Jamie Buie in the above-referenced matter, respectfully request the Court's permission to withdraw as the Plaintiff's counsel in the above-referenced case pursuant to D.C.COLO.LCrR 57.5(D).  As grounds for such withdrawal, I hereby state as follows:

1.      I have given my client due written notice of this intention to withdraw prior to submitting this request to the Court.

2.      In accordance with D.C.COLO.LCrR 57.5(D), I have informed Ms. Buie that she will be responsible for complying with all court orders and time limitations established by any applicable rules.

3.      It is necessary for counsel to withdraw because  Plaintiff is not cooperating in the prosecution of her action.  Plaintiff has failed to remain in communication with counsel and has not complied with her discovery obligations.

DATED this _26_ day of April, 2007.

_____s/_____

Richard Wynkoop
WYNKOOP & THOMAS, PC
4410 Yates St.
Denver, CO 80212
Phone: (720) 855-0451
Facsimile: (720) 855-0469

-3-

## CERTIFICATE OF SERVICE

I, Susan G. Thomas, Wynkoop & Thomas, PC, hereby certify that on this 26th day of April, 2007 a true and correct copy of the **MOTION TO WITHDRAW** was served via electronic filing on the following addresses:

| | |
|---|---|
| Paul L. Myers<br>M. Kasey Ratliff<br>Strasburger & Price, LLP<br>2801 Network Boulevard, Ste. 600<br>Frisco, TX 75034<br>*Counsel for Defendant TransUnion, LLC* | Benton J Barton<br>HALL & EVANS, L.L.C.<br>1125 Seventeenth Street, Suite 600<br>Denver, CO 80202<br>*Local Counsel for Defendant TransUnion, LLC* |
| Brad A. Sobolewski<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>*Counsel for Defendant Experian* | Colin C. Campbell<br>Campbell, Latiolais & Ruebel, P.C.<br>825 Logan Street<br>Denver, CO 80203<br><br>*Local Counsel for Defendant Experian* |
| Lewis P. Perling<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>*Counsel for Defendant Equifax* | Christine M. Garrison<br>Snell & Willmer, LLP<br>One Tabor Center, Suite 1900<br>1200 Seventeenth Street<br>Denver, CO 80202<br>*Local Counsel for Defendant Equifax* |

and by US Mail, postage prepaid, to:

Jamie Buie
5841 Pierce St. #204
Arvada, CO 80003

*/s*
Richard Wynkoop
