# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| Jamie Buie,<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, et al.,<br><br>Defendants. | Civil Action No. 06-CV-02260-WYD-MJW |

## EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO RESCHEDULE THE MAY 7, 2007 SETTLEMENT CONFERENCE

Experian Information Solutions, Inc. ("Experian") respectfully requests that the Settlement Conference currently scheduled for May 7, 2007 be rescheduled to July 13, 2007 or another date convenient for the Court.

On April 26, 2007, Wynkoop & Thomas, P.C., filed a Motion to Withdraw as counsel for Plaintiff (Docket #38). As noted in this motion, plaintiff "has not complied with her discovery obligations".

Postponing the conference will therefore (1) allow the Court time to rule on the Motion to Withdraw; (2) provide Plaintiff with the opportunity to obtain new counsel to represent her in the settlement conference; and (3) allow Plaintiff the opportunity to "comply with her discovery obligations" by providing requested responses to the Defendants, thereby allowing the Defendants to better understand and evaluate the case prior to the settlement conference.

Counsel for the other defendants – Equifax and Trans Union – have both represented to Experian that they support this Motion.

CLI-1512900v1

For these reasons, Experian respectfully requests that the Settlement Conference currently scheduled for May 7, 2007 be rescheduled to July 13, 2007 or another date convenient for the Court.

Dated: May 1, 2007

Respectfully submitted,

/s/ Brad A. Sobolewski
Colin Campbell (CO 12193)
Campbell, Latiolais & Ruebel, P.C.
825 Logan Street
Denver, Colorado 80203
Telephone: (303) 861-7760
Facsimile: (303) 861-7767
ccc@clr-law.com

Brad A. Sobolewski (OH 0072835)
(admitted to the District of Colorado on January 8, 2007)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
basobolewski@jonesday.com

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

CLI-1512900v1

CERTIFICATE OF SERVICE

The foregoing Motion to Reschedule the May 7, 2007 Settlement Conference was filed electronically with the Court on May 1, 2007.  Notice of this filing was sent to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

In addition, a copy of the Motion was sent by U.S. mail, postage prepaid, on this 1st day of May, 2007 to:

> Jamie Buie
> 5841 Pierce St. #204
> Arvada, CO  80003

> /s/Brad A. Sobolewski_____
> Attorney For Defendant(s)

CLI-1512900v1