UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| Jamie Buie,<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, et al.,<br><br>Defendants. | Civil Action No. 06-CV-02260-WYD-MJW |

### ORDER GRANTING EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO RESCHEDULE THE MAY 7, 2007 SETTLEMENT CONFERENCE

The Court hereby orders that the Settlement Conference scheduled for May 7, 2007 is rescheduled to _____.

_____
Judge Michael J. Watanabe

CLI-1513212v1