IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02260-WYD-MJW

JAMIE D. BUIE,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Experian Information Solutions, Inc.'s Motion to Reschedule the May 7, 2007 Settlement Conference (docket no. 40) is GRANTED as follows.  The May 7, 2007 Settlement Conference shall be converted to a **status conference**.  At the status conference, this court will address Attorney's Wynkoop & Thomas, P.C.'s Motion to Withdraw (docket no. 38).  Plaintiff Jamie Buie shall be present, in person, on May 7, 2007, at 10:00 a.m.  Moreover, at the status conference the parties shall have their calendars available for resetting of the settlement conference.

It is FURTHER ORDERED that out-of-state counsel may participate by telephone.  Mr. Sobolewski is directed to arrange a conference call for all parties and then contact chambers by calling (303) 844-2403, at the scheduled time.

Date: May 1, 2007