UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JAMIE D. BUIE | : |
| | : |
| Plaintiff, | : Civil Action No. 06-CV-02260 |
| | :          WYD-MJW |
| v. | : |
| | : |
| EXPERIAN INFORMATION SOLUTIONS | : |
| INC., EQUIFAX INFORMATION | : |
| SERVICES LLC, and TRANSUNION LLC, | : |
| | : |
| Defendants. | : |
| _____ | : |

**NOTICE OF APPEARANCE OF STEPHANIE D. COPE**

COMES NOW Stephanie D. Cope and respectfully enters an appearance on behalf of Defendant Equifax Information Services LLC.

This 3rd day of May, 2007.

                Respectfully submitted,

                EQUIFAX INFORMATION SERVICES LLC

                By: /s/ Stephanie D. Cope
                One of Its Attorneys
                Stephanie D. Cope
                KING & SPALDING LLP
                1180 Peachtree Street
                Atlanta, Georgia  30309
                Tel: (404) 572-4600
                Fax: (404) 572-5100

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day, a true and accurate copy of NOTICE OF APPEARANCE was electronically filed and/or served by United States mail, with sufficient postage thereon to insure delivery, and addressed to all parties of record in this case.

This 3rd day of May, 2007.

/s/ Stephanie D. Cope

US1900 9167220.1