IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02260-WYD-MJW

JAMIE D. BUIE,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
a Pennsylvania corporation,
TRANS UNION LLC, a Delaware limited liability company, and,
"JOHN DOE," whose true name is unknown,

Defendants.

## ENTRIES OF APPEARANCE BY BENTON J. BARTON AND STEVEN M. HAMILTON

PLEASE TAKE NOTICE that Benton J. Barton and Steven M. Hamilton, of the law firm Hall & Evans, LLC, hereby enter their appearance as counsel of record on behalf of Defendant Trans Union LLC.

Respectfully submitted this 4th day of May 2007.

s/ Benton J. Barton

Benton J. Barton, #30760
HALL & EVANS, LLC
1125 Seventeenth Street, Suite 600
Denver, CO 80202-2052
Phone:  303.628.3300
Fax:    303.293.3231
E-mail: bartonb@hallevans.com

AND

s/Steven M. Hamilton

---

Steven M. Hamilton, #34534
HALL & EVANS, LLC
1125 Seventeenth Street, Suite 600
Denver, Colorado 80202-2052
Phone: 303.628.3398
FAX: 303.293.3253

E-mail: hamiltons@hallevans.com

ATTORNEYS FOR DEFENDANT
TRANS UNION LLC

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 4th day of May 2007, I electronically filed the foregoing ENTRIES OF APPEARANCE BY BENTON J. BARTON AND STEVEN M. HAMILTON with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Richard B. Wynkoop
Wynkoop & Thomas, PC
4410 Yates Street
Denver, Colorado 80212
RickWynkoop@Yahoo.com

Colin C. Campbell
Campbell, Latiolais & Reubel, PC
825 Logan Street
Denver, Colorado 80203-3114
ccc@clr-law.com

Lewis P. Perling
King & Spalding, LLP-Atlanta
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Lperling@kslaw.com

Matthew Kasey Ratliff
Strasburger & Price, LLP-Frisco Texas
2801 Network Boulevard #600
Frisco, Texas 75034-1844
Kasey.Ratliff@strasburger.com

Brad A. Sobolewski
Jones Day-Cleveland
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
basobolewski@jonesday.com

Christine McCallister Garrison
Snell & Wilmer, LLP – Denver
1200 Seventeenth Street
Tabor Center #1900
Denver, Colorado 80202
cgarrison@swlaw.com

Stephanie D. Cope
King & Spalding, LLP-Atlanta
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
scope@kslaw.com

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name: [None]

                                            s/ Glenda J. York, Assistant to
                                            Steven M. Hamilton, Esq.
                                            Hall & Evans, L.L.C.