# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**  06-cv-02260-WYD-MJW              FTR

**Date:**  May 7, 2007                                  Shelley Moore, Deputy Clerk

JAMIE D. BUIE,                                          Richard B. Wynkoop

           Plaintiff(s),

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,          Christine M. Garrison
                                                        Brad A. Sobolewski (via telephone)
                                                        Matthew K. Ratliff (via telephone)
           Defendant(s).                Stephanie D. Cope (via telephone)

## COURTROOM MINUTES / MINUTE ORDER

### STATUS CONFERENCE

**Court in Session 10:03 a.m.**

Court calls case.  Appearances of counsel. Plaintiff Buie has **failed to appear**.

Mr. Wynkoop states that he has not heard from the Plaintiff, and does not know where she is today.  He states that he has not been able to reach her to complete the interrogatories.

The Court unsuccessfully attempts to contact the Plaintiff by telephone.

**ORDERED:**   Today's **Status Conference** is vacated and RESET to **May 16, 2007 9:00 a.m.**  Plaintiff shall appear in person for this hearing.  Local counsel shall appear in person.  Counsel residing out of state shall participate by setting up a conference call to the court at (303) 844-2403 on that date and time.

**ORDERED:**   Mr. Wynkoop shall notify Plaintiff of the above hearing, via return receipt U.S. mail.  He shall inform her that should she fail to appear for the next hearing, the Court is inclined to recommend dismissal of her case.

**Court in recess 10:13 a.m.**
Total In-Court Time 0:10, hearing not concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.

**Clerk's Note: A copy of this document was mailed on May 7, 2007, to the Plaintiff Jamie D. Buie, 5841 Pierce St. #204, Arvada CO 80003.*