# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 06-cv-02260-WYD-MJW | FTR |
| **Date:** May 16, 2007 | Shelley Moore, Deputy Clerk |
| JAMIE D. BUIE, | Richard B. Wynkoop |
| Plaintiff(s), | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | Steven M. Hamilton<br>Christine M. Garrison<br>Brad A. Sobolewski (via telephone) |
| Defendant(s). | Matthew Kasey Ratliff (via telephone)<br>Stephanie D. Cope (via telephone) |

## COURTROOM MINUTES / MINUTE ORDER

**TELEPHONE STATUS CONFERENCE**

**Court in Session 8:59 a.m.**

Court calls case.  Appearances of counsel. Plaintiff Buie has **failed to appear**.

Mr. Wynkoop states that he notified Plaintiff Buie of today's hearing via return receipt mail. She called and left a message at his office, so she received notice.

The Court contacts the Plaintiff by telephone and instructs her to appear in person now.

**Court in Recess 9:06 a.m.**
**Court Reconvenes 10:16 a.m.**

All counsel are once again present.  Plaintiff Buie is now present.

The Court questions Plaintiff Buie about her failures to appear.

Plaintiff Buie states that she has no objection to Mr. Wynkoop's Motion to Withdraw as counsel.

**ORDERED:** Plaintiff's Motion to Withdraw as Attorney (document 38) is GRANTED.  Mr. Wynkoop shall be withdrawn as counsel of record.  The Clerk shall remove Mr. Wynkoop from the certificate of service.  Plaintiff is proceeding pro se at this time.  Her address is 5841 Pierce Street, #204, Arvada, CO 80003.

**ORDERED:**   A further **Status Conference** is set on **May 31, 2007, at 3:30 p.m.**  Pro se Plaintiff shall appear in person.  Counsel who appear by telephone today shall contact the court by conference call at (303) 844-2403 on that date and time.  Parties shall have their calendars available in case the scheduling order needs to be adjusted.

**ORDERED:**   Should Pro se Plaintiff retain counsel, she shall notify that attorney of the status conference date.

**Court in recess 10:33 a.m.**
Total In-Court Time 0:25, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.