IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02260-WYD-MJW

JAMIE BUIE

    Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,
EQUIFAX INFORMATION SERVICES LLC, a foreign corporation, and
TRANS UNION, LLC, a foreign corporation,

    Defendants

---

**ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW**
( Docket No. 38 )

---

This matter is before the Court pursuant to the Counsel's Motion Withdraw.

HAVING READ the Motion and being fully advised the Court hereby GRANTS the Motion to Withdraw.

DATED this 16th day of ~~April~~ May, 2007.

BY THE COURT:

*/s/ Michael J. Watanabe*
UNITED STATES MAGISTRATE JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO