# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| Jamie Buie,<br><br>        Plaintiff,<br><br>v.<br><br>Experian Information Solutions, et al.,<br><br>        Defendants. | Civil Action No. 06-CV-02260-WYD-MJW |

## EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO POSTPONE THE DEADLINE FOR DESIGNATING EXPERT WITNESSES

Experian Information Solutions, Inc. ("Experian") respectfully requests that the June 1, 2007 deadline for designating experts be set aside, with a new deadline to be determined at the May 31, 2007 status conference or at such time that is convenient for the Court.

Postponing the deadline is appropriate because Plaintiff is currently in the process of obtaining new counsel. In addition, Plaintiff has failed to respond to several outstanding discovery requests, and this discovery should be answered before the parties are required to submit expert reports in this case.

For these reasons, Experian respectfully requests that the June 1, 2007 deadline for designating experts be set aside, with a new deadline to be determined at the May 31, 2007 status conference or at such time that is convenient for the Court.

CLI-1518078v1

Dated: May 23, 2007

Respectfully submitted,

/s/ Brad A. Sobolewski
---
Colin Campbell (CO 12193)
Campbell, Latiolais & Ruebel, P.C.
825 Logan Street
Denver, Colorado 80203
Telephone: (303) 861-7760
Facsimile: (303) 861-7767
ccc@clr-law.com

Brad A. Sobolewski (OH 0072835)
(admitted to the District of Colorado on January 8, 2007)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
basobolewski@jonesday.com

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

CLI-1518078v1

CERTIFICATE OF SERVICE

The foregoing Motion to Postpone the Deadline for Designating Experts was filed electronically with the Court on May 23, 2007. Notice of this filing was sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

In addition, a copy of the Motion was sent by U.S. mail, postage prepaid, on this 23rd day of May, 2007 to:

>Jamie Buie
>5841 Pierce St. #204
>Arvada, CO  80003

/s/Brad A. Sobolewski
Attorney For Defendant(s)

CLI-1518078v1