## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Jamie Buie,

                Plaintiff,

    v.

Experian Information Solutions, et al.,

                Defendants.

Civil Action No. 06-CV-02260-WYD-MJW

## ORDER GRANTING EXPERIAN'S MOTION TO POSTPONE THE DEADLINE FOR DESIGNATING EXPERT WITNESSES

The Court hereby orders that the June 1, 2007 deadline for designating experts is set aside.

A new deadline will be determined at the May 31, 2007 status conference.

_____
Judge Michael J. Watanabe