# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**  06-cv-02260-WYD-MJW                FTR

**Date:**  May 31, 2007                                  Shelley Moore, Deputy Clerk

JAMIE D. BUIE,

                Plaintiff(s),

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,   Brad A. Sobolewski (via telephone)
                                                Matthew K. Ratliff (via telephone)
                                                Stephanie D. Cope (via telephone)
                Defendant(s).     Christine M. Garrison

## COURTROOM MINUTES / MINUTE ORDER

**TELEPHONE STATUS CONFERENCE**

**Court in Session 3:35 p.m.**

Court calls case.  Appearances of Defendants' counsel. Pro se Plaintiff has **failed to appear**.

The Court places the status of the case on the record.

The Court will issue a show cause as to why Pro se Plaintiff Buie should not be held in contempt of Court of failure to appear, comply with Court orders, and prosecute her case.

**ORDERED:**  A **Show Cause Hearing** is set on **June 8, 2007, at 11:00 a.m.**  Counsel who are participating by telephone today may again participate by telephone by contacting the court at (303) 844-2403 on that date and time.  Pro se Plaintiff shall appear in person.

**ORDERED:**  The Motion to Reset the Deadline for Designating Experts (DN 48) is GRANTED.  The Court will set a new date at the Show Cause Hearing.

**Court in recess 3:42 p.m.**
Total In-Court Time 0:07, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.