UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Jamie Buie,

        Plaintiff,

v.

Experian Information Solutions, et al.,

        Defendants.

Civil Action No. 06-CV-02260-WYD-MJW

### ORDER GRANTING EXPERIAN'S MOTION TO POSTPONE THE DEADLINE FOR DESIGNATING EXPERT WITNESSES  *(Docket No. 48)*

The Court hereby orders that the June 1, 2007 deadline for designating experts is set aside. A new deadline will be determined at the ~~May 31, 2007 status conference~~ *June 8, 2007 Show Cause Hearing*.

                                      _____
                                      Judge Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

CLI-1513212v1