IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 06-cv-02260-WYD-MJW | FTR |
| **Date:** June 8, 2007 | Shelley Moore, Deputy Clerk |
| JAMIE D. BUIE, | Pro se |
| Plaintiff(s), | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | Brad A. Sobolewski (via telephone) |
| | Christine M. Garrison (via telephone) |
| Defendant(s). | Colleen S. Pennella |

## COURTROOM MINUTES / MINUTE ORDER

**SHOW CAUSE HEARING**

**Court in Session 11:24 a.m.**

Court calls case. Appearances of counsel. Pro se Plaintiff has **failed to appear** in person as ordered. The Court has contacted her by telephone.

11:29 a.m.    The Court notes that Pro se Plaintiff has hung up.

11:30 a.m.    The Pro se Plaintiff appears again by telephone.

Plaintiff Buie states that she has moved out of state.

The Court notes that Pro se Plaintiff is cutting in and out on the telephone.

**ORDERED:**    The **Show Cause Hearing** is reset <u>for the last time</u> to **June 18, 2007, at 9:30 a.m.** <u>Plaintiff Buie shall appear in person.</u> Plaintiff Buie is advised that should she fail to appear for this hearing, sanctions may very well be imposed. Defendants' counsel shall appear by telephone by contacting the chambers at (303) 844-2403 on that date and time.

Pro se Plaintiff has again disconnected.

Pro se Plaintiff has failed to update the Court will a new mailing address, as obligated. Accordingly, the Court will mail this document to the last known address for her.

**Court in recess 11:36 a.m.**
Total In-Court Time 0:12, hearing not concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.

*Clerk's Note:*    After the hearing, the Court's chambers obtained Plaintiff Buie's new mailing address, 219 Thompson, Summersville, SC 29483.