OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

06-CV-2260
#52, 51, 50
WYD-MJW



017H15524
HASLER $1.1
06/01/2
Mailed From

Jamie Buie
5841 Pierce Street #204
Arvada, CO 80003

602 DEE 1 607C 74
RETURN TO SENDER
BUIE
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
BC: 80294250151     *1920-1670