**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLORADO

Civil Action No. **06-cv-02260 WYD-MJW**

**JAMIE D. BUIE**

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES LLC
TRANS UNION LLC

Defendant

## CERTIFICATE OF MAILING

The undersigned certifies that a copy of the **May 31, 2007 Minute Order, docket number [50] and [51], and June 1, 2007 Order to Show Cause, docket number [52] have been** Re-mailed on **June 12, 2007,** by :Eileen

__X__   deposited the same in the United States Mail, postage prepaid, addresses to:

**Jamie D. Buie**
219 Thompson
Summersville, SC 29483


GREGORY C. LANGHAM, CLERK

By:   s/ Eileen, Deputy Clerk
       Eileen, Deputy Clerk