# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| Jamie Buie, | |
| Plaintiff, | |
| v. | Civil Action No. 06-CV-02260-WYD-MJW |
| Experian Information Solutions, et al., | |
| Defendants. | |

### ORDER GRANTING EXPERIAN'S MOTION TO POSTPONE THE DEADLINE FOR DESIGNATING EXPERT WITNESSES  (Docket No. 48)

The Court hereby orders that the June 1, 2007 deadline for designating experts is set aside. A new deadline will be determined at the ~~May 31, 2007 status conference~~ June 8, 2007 Show Cause Hearing.

Judge Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

CLI-1513212v1