# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 06-cv-02260-WYD-MJW | FTR |
| **Date:** June 18, 2007 | Shelley Moore, Deputy Clerk |
| JAMIE D. BUIE, | Pro se (no appearance) |
| Plaintiff(s), | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | Brad A. Sobolewski<br>Christine M. Garrison<br>M. Kasey Ratliff |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**CONTINUED SHOW CAUSE HEARING**

**Court in Session 9:35 a.m.**

Court calls case. Appearances of counsel by telephone. Pro se Plaintiff has **failed to appear**.

The Court places the status of the case on the record.

A written recommendation to dismiss the case, for Plaintiff's failure to prosecute, comply with the Court's orders, and failures to appear, will be issued.

**Court in recess 9:40 a.m.**
Total In-Court Time 0:05, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.