# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **06-cv-02260 WYD-MJW**

JAMIE D. BUIE

Plaintiff,
v.
EXPERIAN INFORMATION SOLUTIONS, INC., et al,

Defendant

## CERTIFICATE OF CERTIFIED MAILING

The undersigned certifies that a copy of the **JUNE 18, 2007 RECOMMENDATION [58],** was sent by certified mail on **June 18, 2007,** by :Eileen

___X___   deposited the same in the United States Mail, postage prepaid, addresses to:

Jamie Buie

210 Thompson

Summersville, SC 29483

Article Number Z-238-723-373
Certified Mail Return Reciept

GREGORY C. LANGHAM, CLERK

By:   s/ Eileen, Deputy Clerk
Eileen, Deputy Clerk