FICE OF THE CLERK
TATES DISTRICT COURT
:D A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
:NVER, CO 80294-3589

OFFICIAL BUSINESS

017H15524679
HASLER $0.58⁰
06/08/2007
Mailed From 80202
US POSTAGE

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 8 2007

GREGORY C. LANGHAM
CLERK

06-cv-2260 WYD-MJW
# 53

Jamie D. Buie
219 Thompson
Summersville, SC 29483

NIXIE    294    1    0E 06/13/07
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD
BC: 80294250151    *0320-00770-08-45