OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

06-cv-2260
#54
WYD-MJW



Jamie D. Buie
219 Thompson
Summersville, SC 29483

NIXIE      294      1
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWAR
BC: 80294250151      *1720-