OFFICE OF THE CLERK
**TED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

017H15524679
HASLER
$0.41
06/18/2007
Mailed From 80202
US POSTAGE

06-CV-02260-WYD-MJW

Jamie D. Buie          # 57
219 Thompson
Summersville, SC 29483

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 5 2007

**GREGORY C. LANGHAM**
                        **CLERK**

NIXIE       294     1        0 06/22/07
            RETURN TO SENDER
             NO SUCH STREET
            UNABLE TO FORWARD

BC: 80294           *1820-12068-18-42

Case 1:06-cv-02260-WYD-MJW   Document 57   Filed 06/18/2007   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 06-cv-02260-WYD-MJW | FTR |
| **Date:** June 18, 2007 | Shelley Moore, Deputy Clerk |
| JAMIE D. BUIE, | Pro se (no appearance) |
| Plaintiff(s), | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | Brad A. Sobolewski<br>Christine M. Garrison<br>M. Kasey Ratliff |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**CONTINUED SHOW CAUSE HEARING**

**Court in Session 9:35 a.m.**

Court calls case. Appearances of counsel by telephone. Pro se Plaintiff has **failed to appear.**

The Court places the status of the case on the record.

A written recommendation to dismiss the case, for Plaintiff's failure to prosecute, comply with the Court's orders, and failures to appear, will be issued.

**Court in recess 9:40 a.m.**
Total In-Court Time 0:05, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.