OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 5 2007

**GREGORY C. LANGHAM**
CLERK



$0.58
06/18/2007
Mailed From 80202

06-CY-2260 WYD
#58

Jamie Buie
219 Thompson
Summersville, SC 29483

NIXIE    294    1    09 06/22/07
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD

BC: 80294250151    *2354-00414-22-22

CM/ECF - U.S. District Court:cod                                                    Page 1 of 2

## Other Orders/Judgments
1:06-cv-02260-WYD-MJW Buie v. Experian Information Solutions, Inc. et al
NDISPO

### U.S. District Court

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 6/18/2007 at 12:05 PM MDT and filed on 6/18/2007
**Case Name:**       Buie v. Experian Information Solutions, Inc. et al
**Case Number:**     1:06-cv-2260
**Filer:**
**Document Number:** 58

**Docket Text:**
REPORT AND RECOMMENDATIONS that the [1] Complaint and Action be DISMISSED and Pla be Directed to pay reasonable Attorney Fees and Costs based upon Pla's Repeated Failure to Appear, Failure to Comply with Court Orders and Failure to Prosecute. Signed by Magistrate Judge Michael J. Watanabe on 6/18/07. (erv, )


**1:06-cv-2260 Notice has been electronically mailed to:**
Colin C. Campbell ccc@clr-law.com
Benton Jordan Barton bartonb@hallevans.com, cmecf@hallevans.com, curtint@hallevans.com, yeomansv@hallevans.com
Steven M. Hamilton hamiltons@hallevans.com, cmecf@hallevans.com, yorkgj@hallevans.com
Christine McCallister Garrison cgarrison@swlaw.com, cswagerty@swlaw.com, kmclucas@swlaw.com
Matthew Kasey Ratliff kasey.ratliff@strasburger.com, darnell.benitez@strasburger.com, paul.myers@strasburger.com
Lewis P. Perling LPerling@KSlaw.com
Brad A. Sobolewski basobolewski@jonesday.com
Stephanie D. Cope scope@kslaw.com, equifax@kslaw.com

**1:06-cv-2260 Notice has been mailed by the filer to:**

Jamie D. Buie
219 Thompson
Summersville, SC 29483


The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=6/18/2007] [FileNumber=1091281-0