OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS



017H15524679
HASLER
$0.58⁰
06/12/2007
Mailed From 80202
US POSTAGE

FILED
ATES DISTRICT COURT
DENVER, COLORADO

JUL 6 - 2007

GORY C. LANGHAM
CLERK

RETURN TO SENDER

NO SUCH
Jamie Buie
219 Thompson
Summersville, SC 29483

06-cv-02260-WYD-MJW #56

NSS

29483$6295 RC24