IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02260-WYD-MJW

JAMIE D. BUIE,

      Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;
EQUIFAX INFORMATION SERVICES, LLC, a foreign corporation; and
TRANS UNION, LLC, a foreign corporation,

      Defendants.

---

## ORDER AFFIRMING AND ADOPTING RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

---

THIS MATTER is before the Court in connection with the Recommendation

entered by Magistrate Judge Michael J. Watanabe on June 18, 2007 (docket #58)

("Recommendation").  The Recommendation is incorporated herein by reference.  *See*

28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(b).  This matter was referred to Magistrate

Judge Watanabe by Order of Reference dated November 13, 2006.  In the

Recommendation, Magistrate Judge Watanabe recommends that this action be

dismissed pursuant to Fed. R. Civ. P. 16(f) and/or 41(b), and that Plaintiff be directed to

pay reasonable attorney fees and costs based upon her repeated failure to appear,

failure to comply with Court Orders, and failure to prosecute this action.

      The Recommendation advised the parties that specific written objections were

due within ten (10) days after being served with a copy of the Recommendation.  *Id.* at

16.  A copy of the Recommendation was sent to Plaintiff, via registered mail, to the address on file with the Court.  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate."  *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Watanabe comports with sound legal authority and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(a).  I agree that this case should be dismissed.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Michael J. Watanabe entered June 18, 2007 (docket #58), is **AFFIRMED** and **ADOPTED**.  In accordance therewith, it is

ORDERED that this case is hereby **DISMISSED WITH PREJUDICE.**  It is

FURTHER ORDERED that Judgement shall entered against the Plaintiff for the reasonable expenses incurred by the Defendants, including attorneys' fees, for their appearances at the proceedings on May 7 and 31, and June 8 and 18, 2007, and due to Plaintiff's late appearance on May 16, 2007.

Dated:  July 9, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge