IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 06-cv-02260-WYD-MJW

JAMES D. BUIE,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;
EQUIFAX INFORMATION SERVICES, LLC, a foreign corporation; and
TRANS UNION, LLC, a foreign corporation,

        Defendants.

_____

## JUDGMENT
_____

        Pursuant to and in accordance with the Order Affirming and Adopting Recommendation of United States Magistrate Judge, filed on July 9, 2007 by the Honorable Wiley Y. Daniel, United States District Judge, and incorporated herein by reference as if fully set forth, it is

        ORDERED that judgment is hereby entered in favor of Defendants, Experian Information Solutions, Inc., a foreign corporation; Equifax Information Services, LLC, a foreign corporation; and Trans Union, LLC, a foreign corporation, and against Plaintiff, Jamie D. Buie, for the reasonable expenses incurred by the Defendants, including attorneys' fees, for their appearances at the proceedings on May 7 and 31, and June 8 and 18, 2007, and due to the Plaintiff's late appearance on May 16, 2007.  It is further

Judge Wiley Y. Daniel
06-cv-02260-WYD-MJW - Judgment

ORDERED that Plaintiff's complaint and action are dismissed with prejudice.

DATED at Denver, Colorado this 10th day of July, 2007.

FOR THE COURT:

GREGORY C. LANGHAM, CLERK


s/ Charlotte Hoard
Charlotte Hoard,
Deputy Clerk