UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JAMIE D. BUIE                                    :
                                                 :
                    Plaintiff,                   : Civil Action No. 06-CV-02260
                                                 :             WYD-MJW
v.                                               :
                                                 :
EXPERIAN INFORMATION SOLUTIONS:
INC., EQUIFAX INFORMATION          :
SERVICES LLC, and                                :
TRANS UNION LLC,                                 :
                                                 :
                    Defendants.                  :
_____                  :

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
## MOTION FOR ATTORNEY'S FEES AND COSTS

Pursuant to the Court's final judgment entered on July 10, 2007 in favor of

Defendant Equifax Information Services LLC ("Equifax"), Defendant Experian

Information Solutions, Inc., and Defendant Trans Union LLC, and awarding reasonable

expenses incurred by the Defendants, including attorneys' fees, for their appearances at

the proceedings on May 7 and 31, and June 8 and 18, 2007, and due to the Plaintiff's late

appearance on May 16, 2007, Equifax requests expenses and fees be awarded to it in the

amount of $1,100.00.  The affidavit of Christine M. Garrison, counsel for Equifax, is

attached herewith.

WHEREFORE, Equifax respectfully requests that it be awarded attorney fees and

expenses in the amount of $1,100.00

DATED:  July 24, 2007

Respectfully submitted,

s/ Christine M. Garrison

Christine M. Garrison
Snell & Wilmer, LLP
1200 Seventeenth Street
Suite 1900
Denver, CO 80202
Telephone: (303) 634-2068
Facsimile: (303) 634-2020


OF COUNSEL:

Lewis P. Perling
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Counsel for Defendant
Equifax Information Services LLC

144369.1

2

## CERTIFICATE OF SERVICE

This is to certify that I have this day, a true and accurate copy of Defendant

Equifax Information Services LLC's Motion for Attorney's Fees and Costs was

electronically filed and/or served by United States mail, with sufficient postage thereon to

insure delivery, and addressed to all parties of record in this case:

Brad A. Sobolewski
Jones Day-Cleveland
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190

Colin C. Campbell
Campbell, Latiolais &Ruebel PC
825 Logan Street
Denver, Colorado 80203

Matthew Kasey Ratliff
Strasburger & Price, LLP-Frisco Texas
2801 Network Boulevard, Suite 600
Frisco, Texas 75034-1844

Benton Jordan Bardon
Hall & Evans LLC
1125 17th Street, Suite 600
Denver, Colorado 80202

Jamie D. Buie
219 Thompson
Summersville, South Carolina 29483

This 24th day of July, 2007.

s/ Linda Ralph

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

JAMIE D. BUIE,              )
                             )
     Plaintiff,          )
                             )
v.                        )     Case No. 06-cv-02260-WYD-MJW
                             )
                             )
EXPERIAN INFORMATION    )
SOLUTIONS, INC., et al.,      )
                             )
     Defendants.      )

## AFFIDAVIT OF CHRISTINE M. GARRISON ON ATTORNEY'S FEES

STATE OF COLORADO
                           SS.
COUNTY OF DENVER

BEFORE ME, the undersigned Notary Public, on this day personally appeared Christine M. Garrison who after being duly sworn, stated upon oath as follows.

1.     My name is Christine M. Garrison. I am over the age of twenty-one (21) years, of sound mind and have never been convicted of a felony or crime of moral turpitude. I am authorized and fully competent to make this Affidavit. I make this Affidavit based on my personal knowledge. The statements contained herein are within my personal knowledge and are true and correct.

2.     I am and have been in good standing and licensed to practice law in the State of Colorado since 2004. Litigation and commercial litigation are my practice specialties. I am licensed and practice in the State of Colorado and the District of Colorado. My practice consists of representation of clients in commercial disputes similar to this suit. I am familiar with the legal services normally required to properly prosecute and defend such a suit.

3.      Equifax Information Services, LLC ("Equifax") retained Snell & Wilmer L.L.P. ("Snell") to represent it as it relates to this matter in 2006.  Although Snell is assisting King & Spalding, LLP as local counsel in this matter, I am familiar with all aspects of this case and the claims herein.  I am and have been the attorney in charge locally for Equifax and as such I am fully acquainted with all the pleadings, exhibits, and proceedings from this case.

4.      As of this date, including local counsel fees and expenses, Equifax has incurred attorney's fees in the amount of $2,094.11.   Of this amount, $1,100.00 was incurred in connection with the proceedings held on May 7, 2007, May 16, 2007, May 31, 2007, June 8, 2007 and June 18, 2007.   A bill reflecting the charges associated with the five hearings is attached as Exhibit 1.

5.      Based upon my knowledge of the work performed in this case and the usual charges for services of this type in state and federal courts of Colorado, and the District of Colorado, these amounts as well as the actual time, attorney's fees, costs, and expenses incurred in this case are reasonable and necessary for the prosecution and defense of this case to this point in the litigation.

6.      During the time that this matter has been pending, attorney billing rates have been approximately $200 per hour.  I am familiar with the legal fees and hourly rates customarily charged by attorneys for handling commercial litigation in Colorado, including the District of Colorado.  In my opinion, these rates are reasonable and necessary and are usual and customary fees for services provided by attorneys with similar expertise and experience in Colorado.  All time and expenses incurred were reasonable and necessary for the prosecution of the claims brought against Defendant.  All individuals utilized were qualified and appropriate to work on

2

the prosecution of this claim.

7.     In arriving at these opinions, I considered: (1) the time and labor required for litigation; (2) the novelty and complication of the issues; (3) the skill required to properly litigate the issues; (4) the likelihood that acceptance of the particular employment precluded my employment on other matters; (5) my customary fee and the customary fee for attorneys who work on similar cases in the same locality; (6) the fact that this is a fixed hourly fee and is not a contingency fee; (7) the time constraints of the case; (8) the amount involved and the result obtained; (9) the type of attorney/client relationship I had with my client; and (10) awards made in similar cases.  All of these factors support my opinion that the fees and costs incurred in this case are reasonable and necessary.

8.     My knowledge of comparable rates for comparable services in the Denver, Colorado legal market, state and federal courts, is the primary basis of my opinion.  I have maintained a working knowledge of such charges for three years.  I discuss rates from time to time with other attorneys.

9.     The rates, fees, costs, and expenses discussed herein have actually been incurred by Equifax and were/are reasonable and necessary in the prosecution of this case

Further, Affiant sayeth not.

/s Christine M. Garrison
Christine M. Garrison

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this ____

day of July, 2007.

/s Linda L. Ralph
Notary Public in and for the State of Colorado

My commission expires: April 9, ~~2007~~ 2011

144223.1

LINDA L. RALPH
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 04/09/2011

```
                    SNELL & WILMER L.L.P.
                    ONE ARIZONA CENTER
                    PHOENIX, AZ  85004
                      602-382-6000


                              FEDERAL ID: 86-0089731


    JAMES WALKER
    EQUIFAX INC
    KING & SPAULDING, LLP          CLIENT: 30852
    1180 PEACHTREE STREET, NE
    ATLANTA, GA  30309

                              LAST STMT: 05/09/07
                              RATE CODE: 01 FIRM STANDARD RATES
                              TYPE: 04 COMMERCIAL LITIGAT
                              CHARGE: BILLABLE
                              ALT ADDRESS:  11

    ** PLEASE ASSIGN CLIENT PER ACCOMPANYING LISTING **
    ** INDUSTRY CODE: _____
```

=====================================================================================
07/23/07    08:35:24          D R A F T    S T A T E M E N T       BY CLIENT ID
=====================================================================================
MATTER: 30852.0017 MOM  - JAMIE BUIE

ATTORNEY SERVICES RENDERED THROUGH 06/30/07:

| INIT | | DATE | HOURS | RATE | AMOUNT | TRANS |
|------|---|------|-------|------|--------|-------|
| CNG | PREPARE FOR SCHEDULING CONFERENCE AND | 05/07/07 | 1.40 | 200.0 | 280.00 | 10953384 |
| | E-MAIL L. PERLING REGARDING SAME(.40 N); | | | | | |
| | PARTICIPATE IN SCHEDULING CONFERENCE(1.00 N) | | | | | 10953382 |
| CNG | PREPARE FOR AND PARTICIPATE IN STATUS | 05/16/07 | 2.30 | 200.0 | 460.00 | 10892364 |
| | CONFERENCE | | | | | |
| CNG | PREPARE FOR AND PARTICIPATE IN STATUS | 05/31/07 | 1.00 | 200.0 | 200.00 | 10562675 |
| | CONFERENCE | | | | | |
| CNG | E-MAIL L. PERLING REGARDING STATUS | 06/01/07 | 0.10 | 200.0 | 20.00 | 10782051 |
| | CONFERENCE | | | | | |
| CNG | PARTICIPATE IN STATUS CONFERENCE AND E-MAIL | 06/08/07 | 0.90 | 200.0 | 180.00 | 10724794 |
| | L. PERLING REGARDING SAME(.70 N); | | | | | |
| | REVIEW SECOND ORDER TO SHOW CAUSE(.20 N) | | | | | 10705238 |
| CNG | PARTICIPATE IN STATUS CONFERENCE(.50 N); | 06/18/07 | 0.70 | 200.0 | 140.00 | 4701678 |
| | REVIEW ORDER REGARDING RECOMMENDATION THAT | | | | | 4701672 |
| | CASE BE DISMISSED(.20 N) | | | | | |

```
                                              -----------
    ATTORNEY SERVICES:                  6.40     $1280.00
                                              -----------

    TOTAL CURRENT:                               $1280.00
```

EXHIBIT
1