OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

06CV-02260-WYD-MJW
DO #66

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 23 2007
GREGORY C. LANGHAM
CLERK

Jamie Buie
219 Thompson
Summersville, SC 29483

NIXIE         294   DE 1         00 0
         RETURN TO SENDER
            NO SUCH STREET
         UNABLE TO FORWARD
BC: 80294250151       *1720-0607

## Other Orders/Judgments
1:06-cv-02260-WYD-MJW Buie v. Experian Information Solutions, Inc. et al
NDISPO

### U.S. District Court

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 7/10/2007 at 9:37 AM MDT and filed on 7/10/2007
**Case Name:**   Buie v. Experian Information Solutions, Inc. et al
**Case Number:**   1:06-cv-2260
**Filer:**
**WARNING: CASE CLOSED on 07/10/2007**
**Document Number:** 66

**Docket Text:**
JUDGMENT by Clerk in favor of Equifax Information Services LLC, Experian Information Solutions, Inc., Trans Union, LLC against Jamie D. Buie for the reasonable expenses incurred by the Defendants, including attorneys' fees, for their appearances at the proceedings on May 7 and 31, and June 8 and 18, 2007, and due to the Plaintiff's late appearance on May 16, 2007. It is furtherORDERED that Plaintiff's complaint and action are dismissed with prejudice. Signed by Charlotte Hoard, Deputy Clerk on 7/10/09. (erv, )


**1:06-cv-2260 Notice has been electronically mailed to:**
Colin C. Campbell  ccc@clr-law.com
Benton Jordan Barton  bartonb@hallevans.com, cmecf@hallevans.com, curtint@hallevans.com, yeomansv@hallevans.com
Steven M. Hamilton  hamiltons@hallevans.com, cmecf@hallevans.com, yorkgj@hallevans.com
Christine McCallister Garrison  cgarrison@swlaw.com, cswagerty@swlaw.com, kmclucas@swlaw.com
Matthew Kasey Ratliff  kasey.ratliff@strasburger.com, darnell.benitez@strasburger.com, paul.myers@strasburger.com
Lewis P. Perling  LPerling@KSlaw.com
Brad A. Sobolewski  basobolewski@jonesday.com
Stephanie D. Cope  scope@kslaw.com, equifax@kslaw.com

**1:06-cv-2260 Notice has been mailed by the filer to:**

Jamie D. Buie
219 Thompson
Summersville, SC 29483

The following document(s) are associated with this transaction:

**Document description:** Main Document