**CERTIFIED MAIL**

OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

7006 3450 0001 3585 0124




017H15524679
HASLER
$5.38⁰
06/18/2007
Mailed From 80202
US POSTAGE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 30 2007

GREGORY C. LANGHAM
CLERK

06-cv-2260WYD-MJW
#58

Jamie D. Buie
219 The
Summer

Not 85

NIXIE        294     5C 1        08 07/25/0
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD

BC: 80294250151        *0110-04200-08-0

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02260-WYD-MJW

JAMIE D. BUIE,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

Defendants.

## RECOMMENDATION THAT ACTION BE DISMISSED AND PLAINTIFF BE DIRECTED TO PAY REASONABLE ATTORNEY FEES AND COSTS BASED UPON PLAINTIFF'S REPEATED FAILURE TO APPEAR, FAILURE TO COMPLY WITH COURT ORDERS, AND FAILURE TO PROSECUTE

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This case is before this court pursuant to an Order of Reference to Magistrate Judge issued by District Judge Wiley Y. Daniel on November 3, 2006. (Docket No. 2).

Pursuant to a Minute Order issued on May 1, 2007 (Docket No. 42), a settlement conference set for May 7, 2007, at 10:00 a.m. was converted to a status conference during which the court would address a motion to withdraw by plaintiff's counsel. That Minute Order specifically directed the plaintiff herself to be present in person for that status conference. (Docket No. 42). Counsel appeared for that status conference on May 7, 2007,[1] but plaintiff Buie failed to appear. Her counsel stated that he had not

---

[1] Out-of-town counsel appeared by telephone.