IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:06-cv-02260-WYD-MJW**

JAMIE D. BUIE

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,
EQUIFAX INFORMATION SERVICES, LLC, a foreign corporation, and
TRANS UNION, LLC., a foreign corporation,

    Defendants.

**DEFENDANT TRANS UNION LLC'S
MOTION FOR ATTORNEY'S FEES**

COMES NOW, Trans Union LLC ("Trans Union"), a Defendant in the above-referenced matter, and pursuant to Federal Rule of Civil Procedure 54(2)(A), Local Rule 54.3, and this Court's July 10, 2007, Judgment against the Plaintiff, and files this its Motion for Attorney's Fees, and would respectfully show the Court as follows:

### I. BRIEF BACKGROUND

This is a civil action for damages brought under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681, *et al*. Defendant is a "consumer reporting agency" that assembles and evaluates consumer credit and other information on consumers for the purposes of furnishing such information to third parties. Plaintiff alleges that the information contained in her Trans Union credit file was inaccurate, that Trans Union was negligently and willfully non-complaint with FCRA and invaded her privacy.

Pursuant to a Minute Order issued by the court on May 1, 2007, a settlement conference set for May 7, 2007, at 10:00 a.m. was converted to a status conference during which the court planned to address a motion to withdraw by plaintiff's counsel and the plaintiff was ordered to be present in person. All counsel appeared for that status conference on May 7, 2007, including Trans Union's Counsel, M. Kasey Ratliff, via telephone, but the plaintiff failed to appear. The status conference was vacated and reset to May 16, 2007, at 9:00 a.m.

On May 16, 2007, all counsel appeared for status conference before Magistrate Watanabe including M. Kasey Ratliff, via telephone, and Steven M. Hamilton, in person, for Trans Union. Plaintiff failed to appear in person, so the court then contacted the plaintiff by telephone and directed her to appear in person for the hearing. A further status conference was set for May 31, 2007, at 3:30 p.m. Plaintiff was directed to appear in person.

On May 31, 2007, all counsel appeared for status conference before Magistrate Watanabe including M. Kasey Ratliff, via telephone, for Trans Union. Plaintiff failed to appear in person. A further status conference was set for June 8, 2007. Plaintiff was directed to appear in person

On June 8, 2007, all defense counsel appeared for status conference before Magistrate Watanabe including Colleen S. Pennella for Trans Union, but the plaintiff failed to appear as directed by the Court. The court's staff repeatedly attempted to reach the plaintiff by telephone, but her cellular connection repeatedly terminated. The Court reset the Show Cause Hearing for June 18, 2007, at 9:30 a.m.

On June 18, 2007, all counsel appeared for status conference before Magistrate Watanabe including M. Kasey Ratliff, via telephone, for Trans Union. Plaintiff failed to appear in person. On July 10, 2007, the Court entered Judgment against plaintiff for reasonable expenses incurred, including attorneys' fees.

## II. ATTORNEY'S FEES SOUGHT

Collectivity, Colleen S. Penella and Steven M. Hamilton of Hall and Evans, and M. Kasey Ratliff of Strasburger & Price, LLP spent 9.3 hours preparing for and attending Status Conferences on May 7, 16 and 31, 2007 and June 8 and 18, 2007 to which Plaintiff was late or failed to appear as directed by the Court.  Pursuant to Local Rule 54.3, the following is a detailed description of hours expended, the bases for those hours, the hourly rate charged, and the identity of the timekeepers:

### NAME RECAP

| INIT | NAME | RATE |
|------|------|------|
| MKR | M. Kasey Ratliff | 190.00 |
| CSP | Colleen S. Penella | 155.00 |
| SMH | Steven M. Hamilton | 155.00 |

### ITEMIZED SERVICES

| DATE | DESCRIPTION | NAME | HOURS | FEES |
|------|-------------|------|-------|------|
| 05/07/07 | Attended status conference with the Court | MKR | 1.10 | 209.00 |
| 05/16/07 | Preparation for status conference with the Court ; Attended status conference with the Court | MKR | 2.30 | 437.00 |
| 05/16/07 | Review documents in file for hearing today; travel to, attend, return from status conference | SMH | 2.70 | 418.00 |
| 05/31/07 | Attention to status hearing before Court; attended status hearing | MKR | .90 | 171.00 |
| 06/08/07 | Review order to show cause and other documentation in preparation for attending hearing before Magistrate Watanabe; attend Order to Show Cause hearing before Magistrate Watanabe | CSP | 1.90 | 294.50 |
| 06/18/07 | Attention to show cause hearing with the Court regarding dismissal of Plaintiff's Lawsuit | MKR | .40 | 76.00 |
|  |  |  | Total: | 1,605.50 |

See the Affidavit of M. Kasey Ratliff, an expert witness attesting to the reasonableness and necessity of the attorneys fees sought, attached hereto and marked as Exhibit A.

### III.  CONCLUSION

Pursuant to the Federal Rule of Civil Procedure 54(2)(A), Local Rule 54.3, and this Court's July 10, 2007 Judgment against the Plaintiff, Defendant Trans Union LLC seeks reimbursement from Plaintiff for attorney's fees in the amount of $1,605.50.

WHEREFORE, Defendant Trans Union LLC respectfully prays that this Court grant its Motion for Attorney's Fees and Expenses and order Plaintiff to pay to Trans Union the amount of $1,605.50.

Dated:  July 31, 2007.

Respectfully submitted,

*s/M. Kasey Ratliff*

BENTON J. BARTON
CSN:  30760
bartonb@hallevans.com
HALL & EVANS, LLC
1125 Seventeenth Street, Suite 600
Denver, CO  80202-2052
(303).628.3300
(303).628.3368 (Fax)

and

PAUL L. MYERS
paul.myers@strasburger.com
Texas Bar #14765100
M. KASEY RATLIFF
kasey.ratliff@strasburger.com
Texas Bar #24041751
STRASBURGER & PRICE, LLP
2801 Network Boulevard, Suite 600
Frisco, Texas 75034
(469) 287-3909
(469) 227-6579 (Fax)

*Attorneys for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

This is to certify that on the 31st day of July, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Christine M. Garrison
cgarrison@swlaw.com
Snell & Wilmer, LLP-Denver
1200 Seventeenth Street
Tabor Center #1900
Denver, CO 80202
 *and*
Stephanie D. Cope
scope@kslaw.com
Lewis P. Perling
lperling@kslaw.com
King & Spalding, LLP-Atlanta
1180 Peachtree Street
Atlanta, GA 30309-3521
*Counsel for Equifax*

Colin C. Campbell
ccc@clr-law.com
Campbell, Latiolais & Ruebel, P.C.
825 Logan Street
Denver, CO 20203-3114
 *and*
Brad A. Sobolewski
basobolewski@jonesday.com
Jones Day – North Point
901 Lakeside Avenue
Cleveland, OH  44114
*Attorneys for Experian*

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

   Jamie D. Buie            (Via CM/RRR)
   219 Thompson
   Summersville, SC 29483
    *Plaintiff Pro Se*

                                                     *s/M. Kasey Ratliff*
                                           M. KASEY RATLIFF

.