# EXHIBIT A

2205849.1/SP/83057/0487/073107

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:06-cv-02260-WYD-MJW**

JAMIE D. BUIE

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,
EQUIFAX INFORMATION SERVICES, LLC, a foreign corporation, and
TRANS UNION, LLC., a foreign corporation,

    Defendants.

### AFFIDAVIT OF M. KASEY RATLIFF IN SUPPORT OF DEFENDANT TRANS UNION LLC'S MOTION FOR ATTORNEY'S FEES

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF COLLIN | § |

BEFORE ME, the undersigned authority, on this day personally appeared M. KASEY RATLIFF, known to me, and who, being by me first duly sworn, upon oath, deposed and stated as follows:

    1.    My name is M. Kasey Ratliff. I am over eighteen (18) years of age, I am of sound mind, and I am fully competent to make this Affidavit. I have personal knowledge of every statement made herein. Every statement herein is true and correct.

    2.    I am an associate in the law firm of Strasburger & Price, LLP, 2801 Network Boulevard, Suite 600, Frisco, Texas 75034.

    3.    I am licensed to practice in the State of Texas and have been licensed in the State of Texas since 2003. I am admitted to practice in the Supreme Court of Texas,

United States District Court for the Northern, Southern, Eastern and Western Districts of Texas, United States District Court for the District of Colorado, and the U.S. Court of Appeals for the Tenth Circuit.

4. Strasburger & Price has been engaged as Regional Counsel to represent Trans Union, LLC ("Trans Union") in the defense of the claims brought against it by Plaintiff Jamie Buie. I have represented Trans Union in cases involving violations of the Fair Credit Reporting Act ("FCRA") since 2003.

5. Hall & Evans has been engaged as Local Counsel to represent Trans Union, LLC ("Trans Union") in the defense of the claims brought against it by Plaintiff Jamie Buie.

6. I submit this Affidavit in support of Trans Union's Motion for Attorney's Fees.

7. Collectivity, Colleen S. Penella and Steven M. Hamilton, of Hall and Evans, and I of Strasburger & Price, LLP spent 9.3 hours preparing for and attending Status Conferences on May 7, 16 and 31, 2007 and June 8 and 18, 2007 to which Plaintiff was late or failed to appear as directed by the Court. The total attorneys' fees incurred by Trans Union is $1,605.50.

8. The services rendered by Strasburger & Price and Hall & Evans to Trans Union associated with Status Conferences before Magistrate Watanabe on May 7, 16 and 31, 2007 and June 8 and 18, 2007 are the following:

**NAME RECAP**

| INIT | NAME | RATE |
|---|---|---|
| MKR | M. Kasey Ratliff | 190.00 |
| CSP | Colleen S. Penella | 155.00 |

Page 2

| INIT | NAME | RATE |
|------|------|------|
| SMH | Steven M. Hamilton | 155.00 |

**ITEMIZED SERVICES**

| DATE | DESCRIPTION | NAME | HOURS | FEES |
|------|-------------|------|-------|------|
| 05/07/07 | Attended status conference with the Court | MKR | 1.10 | 209.00 |
| 05/16/07 | Preparation for status conference with the Court ; Attended status conference with the Court | MKR | 2.30 | 437.00 |
| 05/16/07 | Review documents in file for hearing today; travel to, attend, return from status conference | SMH | 2.70 | 418.00 |
| 05/31/07 | Attention to status hearing before Court; attended status hearing | MKR | .90 | 171.00 |
| 06/08/07 | Review order to show cause and other documentation in preparation for attending hearing before Magistrate Watanabe; attend Order to Show Cause hearing before Magistrate Watanabe | CSP | 1.90 | 294.50 |
| 06/18/07 | Attention to show cause hearing with the Court regarding dismissal of Plaintiff's Lawsuit | MKR | .40 | 76.00 |
|  |  | **Total:** |  | **1,605.50** |

9. Based on the following factors: 1) the time and labor required; 2) the novelty and difficulty of the question; 3) the degree of skill necessary to serve the client properly; 4) the attorney's inability to accept other employment because he accepted the case; 5) the customary fee; 6) whether the fee is fixed or contingent; 7) time limitations imposed by the client or the circumstances; 8) the amount of damages involved and the relief or results obtained; 9) the experience, reputation, and ability of the attorneys; 10) the undesirability of the case; 11) the nature and length of the attorney's professional relationship with the client; and 12) awards in similar cases, it is my opinion that the services provided by Strasburger & Price and Hall & Evans to Trans Union in preparation for and attending Status Conferences on May 7, 16 and 31, 2007 and June 8 and 18, 2007 were necessary and that attorneys' fees charged by Strasburger & Price and Hall & Evans were reasonable.

FURTHER AFFIANT SAYETH NOT.

_____
M. KASEY RATLIFF

The foregoing instrument was acknowledged before me this 30th day of July, 2007, by M. KASEY RATLIFF who is personally known to me and who did take an oath.



_____
Notary Public (Signature)

Jaclyn C. Stults
(Printed or Typed Name)

My commission expires: 11-28-2010