IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02260-WYD-MJW

JAMIE D. BUIE,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;
EQUIFAX INFORMATION SERVICES, LLC, a foreign corporation; and
TRANS UNION, LLC, a foreign corporation,

    Defendants.

---

**ORDER**

---

THIS MATTER is before the Court on Defendant Equifax Information Services LLC's ("Equifax") Motion for Attorney's Fees and Costs, filed July 24, 2007 (docket #68), and Defendant Trans Union LLC's Motion for Attorney's Fees, filed July 31, 2007 (docket #71).  On July 10, 2007, Judgment entered in favor of all Defendants and against Plaintiff for "the reasonable expenses incurred by the Defendants, including attorneys' fees, for their appearances at the proceedings on May 7 and 31, and June 8 and 18, 2007, and due to the Plaintiff's late appearance on May 16, 2007."  Christine M. Garrison, counsel for Equifax, has submitted an Affidavit stating that the attorneys' fees incurred by Equifax in connection with the above appearances totals $1,100.00.  Attorney M. Kasey Ratliff, counsel for Trans Union, has submitted an Affidavit stating that the attorneys' fees incurred by Trans Union in connection with the above appearances totals $1,605.50.  Upon review of the Affidavits and the file in this matter, I

find that the amount of attorneys' fees requested by Defendants Equifax and Trans Union is reasonable.  Therefore, it is hereby

ORDERED that Defendant Equifax Information Services LLC's Motion for Attorney's Fees and Costs, filed July 24, 2007 (docket #68), is **GRANTED** and Defendant Equifax is awarded attorneys' fees in the amount of $1,100.00.  It is

FURTHER ORDERED that Defendant Trans Union LLC's Motion for Attorney's Fees, filed July 31, 2007 (docket #71), is **GRANTED** and Defendant Trans Union is awarded attorneys' fees in the amount of $1,605.50.

Dated:  August 9, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge